Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000



RECEIVED
OCT 09 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAPITAL MANAGEMENT SELECT FUND LTD., INVESTMENT & DEVELOPMENT FINANCE CORPORATION, IDC FINANCIAL S.A., <br><br> Plaintiffs, <br><br> - against - <br><br> PHILIP R. BENNETT, WILLIAM M. SEXTON, SANTO C. MAGGIO, JOSEPH J. MURPHY, PHILIP SILVERMAN, ROBERT C. TROSTEN, RICHARD N. OUTRIDGE, THOMAS H. LEE PARTNERS, L.P., THOMAS H. LEE ADVISORS LLC., THL MANAGERS V, LLC., THL EQUITY ADVISORS V, LLP., THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP, 1997 THOMAS H. LEE NOMINEE TRUST, THOMAS H. LEE, DAVID V. HARKINS, SCOTT L. JAECKEL, AND SCOTT A. SCHOEN, <br><br> Defendants. | No. 07 **07 CIV 8688** |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs make the following statements in accordance with Federal Rule of Civil

Procedure 7.1(a):

Plaintiff Capital Management Select Fund Ltd. states that it has no parent corporation. Plaintiff Capital Management Select Fund Ltd. further states that there is no publicly traded corporation that owns 10% or more of its stock.

Plaintiff Investment & Development Finance Corporation states that it has no parent corporation. Plaintiff Investment & Development Finance Corporation further states that there is no publicly traded corporation that owns 10% or more of its stock.

Plaintiff IDC Financial S.A. states that it has no parent corporation. Plaintiff IDC Financial S.A. further states that there is no publicly traded corporation that owns 10% or more of its stock.

Dated: New York, NY

October 9, 2007

MILBANK, TWEED, HADLEY & McCLOY LLP

Luc A. Despins (LD 5141)
Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000