UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION    :    05 Civ. 8626 (GEL)
:
------------------------------------------------------------x
:
AMERICAN FINANCIAL INTERNATIONAL    :    **ORDER**
GROUP–ASIA, L.L.C. et al.,    :
:
                        Plaintiffs,    :
:    05 Civ. 8988 (GEL)
   -against-    :
:
PHILLIP R. BENNETT et al.,    :
:
                        Defendants.    :
:
------------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on    :
behalf of THE GOLDMAN SACHS GROUP,    :
INC.,    :
:
                        Plaintiff,    :
:    05 Civ. 9327 (GEL)
   -against-    :
:
HENRY M. PAULSON et al.,    :
:
                        Defendants,    :
   -and-    :
:
THE GOLDMAN SACHS GROUP, INC.,    :
a Delaware corporation,    :
:
                        Nominal Defendant.    :
:
------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al.,    :
:
                        Plaintiffs,    :
:    05 Civ. 9608 (GEL)
   - against-    :

| | | |
|---|---|---|
| PHILLIP R. BENNETT et al., | : | |
| Defendants. | : | |
| ---------------------------------------------------------x | : | |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | : | 06 Civ. 643 (GEL) |
| ---------------------------------------------------------x | : | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : | |
| Plaintiffs, | : | 07 Civ. 6767 (GEL) |
| - against- | : | |
| MAYER, BROWN, ROWE & MAW LLP, | : | |
| Defendant. | : | |
| ---------------------------------------------------------x | : | |
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : | |
| Plaintiff, | : | 07 Civ. 7074 (GEL) |
| - against- | : | |
| THOMAS H. LEE PARTNERS, L.P. et al., | : | |
| Defendants. | : | |
| ---------------------------------------------------------x | : | |
| AXIS REINSURANCE COMPANY, | : | |
| Plaintiff, | : | 07 Civ. 7924 (GEL) |
| - against- | : | |
| PHILLIP R. BENNETT et al., | : | |

2

|  |  |
|---|---|
| Defendants. | |
| ------------------------------------------------------------x | |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, | |
| Plaintiff, | 07 Civ. 8165 (GEL) |
| - against- | |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |
| ------------------------------------------------------------x | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | |
| Plaintiffs, | 07 Civ. 8663 (GEL) |
| - against- | |
| GRANT THORNTON LLP, | |
| Defendant. | |
| ------------------------------------------------------------x | |
| VR GLOBAL PARTNERS, L.P. et al., | |
| Plaintiffs, | 07 Civ. 8686 (GEL) |
| - against- | |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |
| ------------------------------------------------------------x | |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al., | |
| Plaintiffs, | |

3

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

-----------------------------------------------------------x

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | |
|  | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket. In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

                                                          GERARD E. LYNCH
                                                          United States District Judge