

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS    (1927-1950)
JOHN F. WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3438

WRITER'S DIRECT FACSIMILE
212-492-0438

WRITER'S DIRECT E-MAIL ADDRESS
kquinn@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

November 1, 2007

Via Facsimile

The Honorable Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Room 910
New York, NY 10007

Re:  *In re Refco Capital Markets, Ltd. Brokerage Customer Sec. Litig.*, 06 Civ. 643 (GEL)

*Capital Management Select Fund Ltd. et al.* v. *Phillip R. Bennett et al.*, 07 Civ. 8688 (GEL)

*VR Global Partners, L.P. et al.* v. *Phillip R. Bennett et al.*, 07 Civ. 8686 (GEL)

Dear Judge Lynch:

      We, along with Weil, Gotshal & Manges LLP, represent several of the defendants in the above captioned actions, including Thomas H. Lee Partners, L.P. and related persons and entities (collectively, the "THL Defendants").[1] We write to request

---

[1] These related persons and entities include Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., THL Equity Advisors V, LLC, Thomas H.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
The Honorable Gerard E. Lynch                                           2

an extension of time to submit any opposition to the motion to consolidate that was filed by Lead Plaintiffs in *In re Refco Capital Markets, Ltd. Brokerage Customer Securities Litigation*, 06 Civ. 643 (GEL). Under the default schedule, opposition papers are due to be filed today, November 1, 2007. Consistent with the schedule set forth in the Court's Order filed October 31, 2007 (06 Civ. 643, Docket No. 104), the THL Defendants request an extension of time up to and including November 14, 2007 to file any opposition papers. This is the THL Defendants' first request for an extension of this deadline. Counsel for Lead Plaintiffs do not oppose this request.

                                        Respectfully submitted,

                                        Kerry Quinn /wc
                                        Kerry L. Quinn

cc:    All Counsel of Record (by e-mail)

                                        SO ORDERED
                                        _____
                                        GERARD E. LYNCH, U.S.D.J.
                                        11/1/07

---

Lee Investors Limited Partnership, The 1997 Thomas H. Lee Nominee Trust, THL Managers V, LLC, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen.