USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION        :   05 Civ. 8626 (GEL)
:
-----------------------------------------------------------x
:
AMERICAN FINANCIAL INTERNATIONAL               :   **ORDER**
GROUP–ASIA, L.L.C. et al.,                     :
:
            Plaintiffs,                        :
:   05 Civ. 8988 (GEL)
    -against-                                  :
:
PHILLIP R. BENNETT et al.,                     :
:
            Defendants.                        :
:
-----------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on           :
behalf of THE GOLDMAN SACHS GROUP,             :
INC.,                                          :
:
            Plaintiff,                         :
:
    -against-                                  :   05 Civ. 9327 (GEL)
:
HENRY M. PAULSON et al.,                       :
:
            Defendants,                        :
    -and-                                      :
:
THE GOLDMAN SACHS GROUP, INC.,                 :
a Delaware corporation,                        :
:
            Nominal Defendant.                 :
:
-----------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al.,      :
:
            Plaintiffs,                        :
:   05 Civ. 9608 (GEL)
    - against-                                 :

PHILLIP R. BENNETT et al., :
:
                 Defendants. :
:
------------------------------------------------------------x
:
In re REFCO CAPITAL MARKETS, LTD. :
BROKERAGE CUSTOMER SECURITIES :    06 Civ. 643 (GEL)
LITIGATION :
:
------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al., :
:
                 Plaintiffs, :
:    07 Civ. 6767 (GEL)
  - against- :
:
MAYER, BROWN, ROWE & MAW LLP, :
:
                 Defendant. :
:
------------------------------------------------------------x
:
MARC S. KIRSCHNER, as Trustee of the :
Refco Litigation Trust, :
:
                 Plaintiff, :
:    07 Civ. 7074 (GEL)
  - against- :
:
THOMAS H. LEE PARTNERS, L.P. et al., :
:
                 Defendants. :
:
------------------------------------------------------------x
:
AXIS REINSURANCE COMPANY, :
:
                 Plaintiff, :
:    07 Civ. 7924 (GEL)
  - against- :
:
PHILLIP R. BENNETT et al., :

|  |  |
|---|---|
| Defendants. | : |
| ------------------------------------------------------------x | |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust, | : |
| Plaintiff, | : |
| - against- | : 07 Civ. 8165 (GEL) |
| PHILLIP R. BENNETT et al., | : |
| Defendants. | : |
| ------------------------------------------------------------x | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : |
| Plaintiffs, | : |
| - against- | : 07 Civ. 8663 (GEL) |
| GRANT THORNTON LLP, | : |
| Defendant. | : |
| ------------------------------------------------------------x | |
| VR GLOBAL PARTNERS, L.P. et al., | : |
| Plaintiffs, | : |
| - against- | : 07 Civ. 8686 (GEL) |
| PHILLIP R. BENNETT et al., | : |
| Defendants. | : |
| ------------------------------------------------------------x | |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al., | : |
| Plaintiffs, | : |

|  |  |
|---|---|
| - against- | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al., | |
| Defendants. | |

|  |  |
|---|---|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | |
| Plaintiff, | 07 Civ. 9238 (GEL) |
| - against- | |
| THOMAS HACKL et al., | |
| Defendants. | |

|  |  |
|---|---|
| In re REFCO, INC. | 07 Civ. 9420 (GEL) |
|  | 07 Civ. 9482 (GEL) |
|  | 07 Civ. 9483 (GEL) |
|  | 07 Civ. 10302 (GEL) |

GERARD E. LYNCH, District Judge:

    The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated: New York, New York
       November 27, 2007

                                              GERARD E. LYNCH
                                              United States District Judge