**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAPITAL MANAGEMENT SELECT FUND LTD., INVESTMENT & DEVELOPMENT FINANCE CORPORATION, IDC FINANCIAL S.A., <br><br> Plaintiffs, <br><br>       - against - <br><br> PHILLIP R. BENNETT, WILLIAM M. SEXTON, SANTO C. MAGGIO, JOSEPH J. MURPHY, PHILIP SILVERMAN, ROBERT C. TROSTEN, RICHARD N. OUTRIDGE, THOMAS H. LEE PARTNERS, L.P., THOMAS H. LEE ADVISORS LLC., THL MANAGERS V, LLC., THL EQUITY ADVISORS V, LLP., THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP, 1997 THOMAS H. LEE NOMINEE TRUST, THOMAS H. LEE, DAVID V. HARKINS, SCOTT L. JAECKEL, AND SCOTT A. SCHOEN, <br><br> Defendants. | No. 07 Civ. 08688 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK   )

Michael Timothy Shepherd being duly sworn, deposes and says:

1.      I am a resident of the United States, over the age of 18 years and am not a party to the above-captioned case. I am an employee of Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

**I.**  **Service on Mr. Bennett**

2.  On October 23, 2007, I caused to be served a true and correct copy of the following documents:

        1.  the complaint in *Capital Management Select Fund Ltd. et al., v. Phillip R. Bennett et al.*, 07 Civ. 8688 (S.D.N.Y.) (the "Complaint"); and

        2.  the summons in *Capital Management Select Fund Ltd. et al., v. Phillip R. Bennett et al.*, 07 Civ. 8688 (S.D.N.Y.) (the "Summons")

on Mr. Phillip Bennett, through delivery of the same to his counsel:

        Mr. Jeffrey T. Golenbock Esq.
        of Golenbock Eiseman Assor Bell & Peskoe LLP
        437 Madison Avenue, 35th Fl.
        New York, NY 10022-7302

being a person authorized to receive service of process on behalf of Mr. Bennett.

3.  Attached as Exhibit A to this affidavit are: (1) an email dated October 12, 2007 from Mr. Golenbock to me confirming that Mr. Golenbock is authorized to accept service on behalf of Mr. Bennett; (2) a letter dated October 23, 2007 which I caused to be delivered to Mr. Golenbock enclosing the Complaint, Summons, and applicable Electronic Case Filing materials.

**II.**  **Service on Mr. Murphy**

4.  On October 23, 2007, I caused to be served a true and correct copy of the following documents:

        1.  the Complaint; and

        2.  the Summons

on Mr. Joseph Murphy, through delivery of the same to his counsel:

        Mr. John Jerome Esq.
        of Saul Ewing LLP
        245 Park Avenue, 24th Fl.
        New York, NY 10167

being a person authorized to receive service of process on behalf of Mr. Murphy.

5.      Attached as Exhibit B to this affidavit are: (1) an email dated October 23, 2007 from Mr. Jerome to me confirming that Mr. Jerome is authorized to accept service on behalf of Mr. Murphy; (2) a letter dated October 23, 2007 which I caused to be delivered to Mr. Jerome enclosing the Complaint, Summons, and applicable Electronic Case Filing materials.

### III.    <u>Service on Mr. Sexton</u>

6.      On October 23, 2007, I caused to be served a true and correct copy of the following documents:

> 1.      the Complaint; and
>
> 2.      the Summons

on Mr. William Sexton, through delivery of the same to his counsel:

> Mr. Ivan O. Kline Esq.
> of Friedman & Wittenstein P.C.
> 600 Lexington Ave.
> New York, NY 10022

being a person authorized to receive service of process on behalf of Mr. Sexton.

7.      Attached as Exhibit C to this affidavit are: (1) an email dated October 11, 2007 from Mr. Kline to me confirming that Mr. Kline is authorized to accept service on behalf of Mr. Sexton; (2) a letter dated October 23, 2007 which I caused to be delivered to Mr. Kline enclosing the Complaint, Summons, and applicable Electronic Case Filing materials.

### IV.    <u>Service on Thomas H. Lee Partners L.P and related entities and individuals</u>

8.      On October 23, 2007, I caused to be served a true and correct copy of the following documents:

> 1.      the Complaint; and
>
> 2.      the Summons

on:

> i.      Thomas H. Lee Partners, L.P.;
>
> ii.     Thomas H. Lee Advisors LLC;
>
> iii.    THL Managers V, LLC;
>
> iv.     THL Equity Advisors V, LLP;
>
> v.      Thomas H. Lee Equity Fund V, L.P.;

vi.     Thomas H. Lee Parallel Fund V, L.P.;

vii.    Thomas H. Lee Equity (Cayman) Fund V, L.P.;

viii.   Thomas H. Lee Investors Limited Partnership;

ix.     1997 Thomas H. Lee Nominee Trust;

x.      Mr. Thomas H. Lee;

xi.     Mr. David V. Harkins;

xii.    Mr. Scott L. Jaeckel; and

xiii.   Mr. Scott A. Schoen       (together the "THL Defendants")

through delivery of the same to their counsel:

> Mr. Seth Goodchild Esq. & Mr. Greg Danilow Esq.
> of Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153

being persons authorized to receive service of process on behalf of the THL Defendants.

9.     Attached as Exhibit D to this affidavit are: (1) an email dated October 10, 2007 from Mr. Goodchild to me confirming that Mr. Goodchild is authorized to accept service of the Complaint on behalf of the THL Defendants; (2) a letter dated October 23, 2007 which I caused to be delivered to Mr. Goodchild enclosing the Complaint, Summons, and applicable Electronic Case Filing materials.

## V.    Service on Mr. Maggio

10.    On October 25, 2007, I caused to be served a true and correct copy of the following documents:

> 1.    the Complaint; and
>
> 2.    the Summons

on Mr. Santo Maggio, through delivery of the same to his counsel:

> Mr. Scott E. Hershman Esq.
> of Hunton & Williams
> 200 Park Avenue
> New York, NY 10166-0136

being a person authorized to receive service of process on behalf of Mr. Maggio.

11.    Attached as Exhibit E to this affidavit are: (1) an e-mail dated October 24, 2007 from Mr. Hershman to me confirming that he is authorized to accept service of the

Complaint on behalf of Mr. Maggio; (2) a letter dated October 24, 2007 which I caused to be delivered to Mr. Hershman enclosing the Complaint, Summons, and applicable Electronic Case Filing materials.

## VI.    Service on Mr. Silverman

12.    On October 25, 2007, I caused to be served a true and correct copy of the following documents:

> 1.    the Complaint; and
>
> 2.    the Summons

on Mr. Philip Silverman, through delivery of the same to his counsel:

> Mr. Richard Cashman Esq.
> of Heller Ehrman, White & Mcauliffe, LLP
> Times Square Tower
> 7 Times Square
> New York, NY 10036-6524

being a person authorized to receive service of process on behalf of Mr. Silverman.

13.    Attached as Exhibit F to this affidavit is a letter which I caused to be delivered to Mr. Cashman enclosing the Complaint, Summons, and applicable Electronic Case Filing materials.

_____

Michael Timothy Shepherd

Sworn to before me this
_27th_ day of _November_ , 2007

_____
NOTARY PUBLIC

STEPHANIE HAYTON
NOTARY PUBLIC, State of New York
No. 01HA6152580
Qualified in New York County
Commission Expires Sept. 18, 2010

# Exhibit A

## Shepherd, Michael

**From:**      Jeffrey Golenbock [jgolenbock@golenbock.com]
**Sent:**      Friday, October 12, 2007 2:10 PM
**To:**        Shepherd, Michael
**Subject:**   RE: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

Dear Mr. Shepherd:

   I have been authorized by Phillip Bennett and RGHI to accept service of these two complaints.

Jeffrey T. Golenbock
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, N.Y. 10022
tel: 212-907-7373
fax: 212-754-0777
jgolenbock@golenbock.com

_____

IRS Circular 230 Disclosure: To comply with IRS requirements, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code, or (ii) promoting, marketing or recommending to one or more taxpayers any transaction or matter that is addressed herein.

_____

This message contains information that may be confidential or privileged and is intended only for the individual or entity named above.  No one else may disclose, copy, distribute or use the contents of this message.  Unauthorized use, dissemination and duplication is strictly prohibited, and may be unlawful.  All personal messages express views solely of the sender, which are not to be attributed to Golenbock Eiseman Assor Bell & Peskoe LLP and may not be copied or distributed without this disclaimer.

If you received this message in error, please notify us immediately at Postmaster@golenbock.com or call 1-212-907-7300.

_____

**From:** Shepherd, Michael [mailto:MShepherd@milbank.com]
**Sent:** Wednesday, October 10, 2007 1:12 PM
**To:** Jeffrey Golenbock
**Cc:** Bak, Sander
**Subject:** Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

Counsel:

Attached are copies of two complaints we filed yesterday in the Southern District of New York on behalf of several RCM securities customers.  The complaints name Philip R. Bennett as a defendant

Please let us know whether you are authorized to accept service on behalf of Mr. Bennett.

Regards,

_____

**Michael Shepherd** | **Milbank** | **Litigation**
One Chase Manhattan Plaza | New York, NY 10005
T: 212.530.5012 | F: 212.822.5012

mshepherd@milbank.com | www.milbank.com

<<CMSF Complaint.PDF>> <<VR Complaint.PDF>>

==============================================================

**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.**
==============================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

# MILBANK, TWEED, HADLEY & McCLOY LLP

### 1 CHASE MANHATTAN PLAZA

### NEW YORK, N.Y. 10005-1413

———

212-530-5000

FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**PALO ALTO**
650-739-7000
FAX: 650-739-7100

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
44-207-448-3000
FAX: 44-207-448-3029

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**FRANKFURT**
49-69-7593-7170
FAX: 49-69-7593-8303

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

October 23, 2007

**VIA FED EX**

Jeffrey T. Golenbock, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue, 35th Fl.
New York, NY 10022-7302

    Re:    *VR Global Partners, L.P. et al. v. Bennett, et al.,* [07-CV-8686] and
                *Capital Management Select Fund, Ltd., et al v. Bennett, et al.,* [07-CV-8688]

Dear Jeffrey,

        We write as counsel to plaintiffs in the above-captioned lawsuits filed against your clients in the Southern District of New York.  As per your e-mail to me of October 12, 2007 in which you stated you would accept service on behalf of your clients, and pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure, please find enclosed copies of the Summons, Complaint, and applicable Electronic Case Filing materials for each lawsuit.

Yours sincerely,

Michael Shepherd

Encls.

# Exhibit B

**Shepherd, Michael**

---

| | |
|---|---|
| **From:** | Jerome, John J. [jjerome@saul.com] |
| **Sent:** | Tuesday, October 23, 2007 11:32 AM |
| **To:** | Shepherd, Michael |
| **Subject:** | RE: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd |

Thanks. Can't say I'm looking forward to them!

---

From: Shepherd, Michael [mailto:MShepherd@milbank.com]
Sent: Tue 10/23/2007 11:04 AM
To: Jerome, John J.
Subject: RE: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

John, further to your email of October 17 we will serve you with the summons, complaints and electronic filing materials by fed ex likely today or tomorrow morning.

Kind regards,

Michael

---

From: Shepherd, Michael
Sent: Wednesday, October 17, 2007 4:23 PM
To: 'Jerome, John J.'
Subject: RE: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

Thanks John.  I will let you know the mode of service.

Regards,

Michael

---

From: Jerome, John J. [mailto:jjerome@saul.com]
Sent: Wednesday, October 17, 2007 4:14 PM
To: Shepherd, Michael
Subject: RE: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

I think so but Joe is in Italy and I have tried to confirm before doing so. I'm sure its not a problem- just communication. Why don't you serve me anyway. Just let me know the mode so that I can start counting the days for the answer. I hope you can do it by fed ex deliverable tomorrow or Monday. I will acknowledge receipt or whatever else you need for your records.jjj

---

From: Shepherd, Michael [mailto:MShepherd@milbank.com]
Sent: Wednesday, October 17, 2007 4:08 PM
To: Jerome, John J.
Subject: RE: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

John, can I take it you are authorized to accept service on behalf of Mr. Murphy?

Regards,

Michael

_____

From: Jerome, John J. [mailto:jjerome@saul.com]
Sent: Wednesday, October 10, 2007 1:38 PM
To: Shepherd, Michael
Subject: RE: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

Thank you Michael

_____

From: Shepherd, Michael [mailto:MShepherd@milbank.com]
Sent: Wednesday, October 10, 2007 1:16 PM
To: Jerome, John J.
Cc: Bak, Sander
Subject: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd

Counsel:

Attached are copies of two complaints we filed yesterday in the Southern District of New
York on behalf of several RCM securities customers.  The complaints name Joseph J. Murphy
as a defendant.

Please let us know whether you are authorized to accept service on behalf of Mr. Murphy.

Regards,

_____
Michael Shepherd | Milbank | Litigation
One Chase Manhattan Plaza | New York, NY 10005
T: 212.530.5012 | F: 212.822.5012
mshepherd@milbank.com | www.milbank.com <http://www.milbank.com/>

<<CMSF Complaint.PDF>> <<VR Complaint.PDF>>

====================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from
Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used,
by any person for the purpose of avoiding tax penalties that may be imposed regarding the
transactions or matters addressed. Some of that advice may have been written to support
the promotion or marketing of the transactions or matters addressed within the meaning of
IRS Circular 230, in which case you should seek advice based on your particular
circumstances from an independent tax advisor.
====================================================================

This e-mail message may contain legally privileged and/or confidential information. If you
are not the intended recipient(s), or the employee or agent responsible for delivery of
this message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have
received this message in error, please immediately notify the sender and delete this e-
mail message from your computer.

"Saul Ewing LLP <saul.com>" made the following annotations:

~~~~~~~~~~~~~~~~~~~~~~~~
NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS.  WE
INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE
PENALIZED.  NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY

PENALTY UNDER FEDERAL TAX LAWS.  THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR
MARKETING OF ANY TRANSACTION.  CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE
FORMAL WRITTEN ADVICE AS TO TAX ISSUES.

THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY PROTECTED
INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS ABOVE IS
YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY MISTAKE
PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE IS
WWW.SAUL.COM <http://www.saul.com/>  .
~~~~~~~~~~~~~~~~~~~~~~~


=================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from
Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used,
by any person for the purpose of avoiding tax penalties that may be imposed regarding the
transactions or matters addressed. Some of that advice may have been written to support
the promotion or marketing of the transactions or matters addressed within the meaning of
IRS Circular 230, in which case you should seek advice based on your particular
circumstances from an independent tax advisor.
=================================================================

This e-mail message may contain legally privileged and/or confidential information. If you
are not the intended recipient(s), or the employee or agent responsible for delivery of
this message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have
received this message in error, please immediately notify the sender and delete this e-
mail message from your computer.


=================================================================

IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from
Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used,
by any person for the purpose of avoiding tax penalties that may be imposed regarding the
transactions or matters addressed. Some of that advice may have been written to support
the promotion or marketing of the transactions or matters addressed within the meaning of
IRS Circular 230, in which case you should seek advice based on your particular
circumstances from an independent tax advisor.
=================================================================

This e-mail message may contain legally privileged and/or confidential information. If you
are not the intended recipient(s), or the employee or agent responsible for delivery of
this message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have
received this message in error, please immediately notify the sender and delete this e-
mail message from your computer.

## MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

————

212-530-5000
FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX: 213-629-5063

PALO ALTO
650-739-7000
FAX: 650-739-7100

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
44-207-448-3000
FAX: 44-207-448-3029

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

FRANKFURT
49-69-7593-7170
FAX: 49-69-7593-8303

TOKYO
813-3504-1050
FAX: 813-3595-2790

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

October 23, 2007

**VIA FED EX**

John Jerome, Esq.
SAUL EWING LLP
245 Park Avenue, 24th Fl.
New York, NY 10167

Re:     _VR Global Partners, L.P. et al. v. Bennett, et al.,_ [07-CV-8686] and
_Capital Management Select Fund Ltd., et al. v. Bennett, et al.,_ [07-CV-8688]

Dear John,

        We write as counsel to plaintiffs in the above-captioned lawsuits filed against your client in the Southern District of New York. As per your email to me of October 17, 2007 in which you stated that you would accept service on behalf of your client, and pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure, please find enclosed copies of the Summons, Complaint, and applicable Electronic Case Filing materials for each lawsuit.

                                    Yours sincerely,

                                    Michael Shepherd

Encls.

NY2:#4762053

# Exhibit C

**Shepherd, Michael**

| | |
|---|---|
| **From:** | Ivan O. Kline [IKline@friedmanwittenstein.com] |
| **Sent:** | Thursday, October 11, 2007 3:53 PM |
| **To:** | Shepherd, Michael |
| **Subject:** | New RCM Customer Actions |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Michael,

   This will confirm that we are authorized to accept service of the Complaint in the VR Global Partners and Capital Management Select Fund actions on behalf of William Sexton.  As discussed, we understand you will agree to a reasonable extension of our time to respond to the complaints.  As I mentioned, we would consider something in the mid-December time frame as reasonable.  I understand that, in the interest of ending up with a uniform response date, and because the scheduling in these actions may end up being coordinated with the Global Management Action, you do not want to set a specific response deadline at this time.

Sincerely yours,
Ivan O. Kline
Friedman & Wittenstein
A Professional Corporation
600 Lexington Avenue
15th Floor
New York, New York   10022
Tel: (212) 750-8700, ex. 119
Fax: (212) 223-8391
E-Mail: ikline@friedmanwittenstein.com

============================================================
NOTICE OF CONFIDENTIALITY:  THIS E-MAIL MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS LEGALLY PRIVILEGED.  DO NOT READ THIS E-MAIL IF YOU ARE NOT THE INTENDED RECIPIENT.

The information contained in this e-mail transmission and any documents, files or previous e-mail messages attached to it may be legally privileged and is confidential information intended only for the use of the individual or entity named above.  It is exempt from disclosure under applicable law including court orders.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of any information contained in or attached to this transmission is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by reply e-mail by forwarding this to ptakemoto@friedmanwittenstein.com or by telephone at (212) 750-8700, extension 12, and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.
============================================================

# MILBANK, TWEED, HADLEY & McCLOY LLP

### 1 CHASE MANHATTAN PLAZA

### NEW YORK, N.Y. 10005-1413

———

212-530-5000

FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**PALO ALTO**
650-739-7000
FAX: 650-739-7100

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
44-207-448-3000
FAX: 44-207-448-3029

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**FRANKFURT**
49-69-7593-7170
FAX: 49-69-7593-8303

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

October 23, 2007

**VIA FED EX**

Ivan O. Kline, Esq.
FRIEDMAN & WITTENSTEIN P.C.
600 Lexington Ave.
New York, NY 10022

Re:     *VR Global Partners, L.P. et al. v. Bennett, et al.,* [07-CV-8686] and *Capital Management Select Fund Ltd., et al. v. Bennett, et al.,* [07-CV-8688]

Dear Ivan,

      We write as counsel to plaintiffs in the above-captioned lawsuits filed against your client in the Southern District of New York. As per your e-mail to me of October 11, 2007 in which you stated that you would accept service on behalf of your client, and pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure, please find enclosed copies of the Summons, Complaint, and applicable Electronic Case Filing materials for each lawsuit.

Yours sincerely,

Michael Shepherd

Encls.

NY2:#4762062

# Exhibit D

## Shepherd, Michael

| | |
|---|---|
| **From:** | seth.goodchild@weil.com |
| **Sent:** | Wednesday, October 10, 2007 11:48 AM |
| **To:** | Shepherd, Michael |
| **Cc:** | Bak, Sander; rrosen@paulweiss.com; Greg.Danilow@weil.com |
| **Subject:** | Re: Complaints filed on behalf of certain customers of Refco Capital Markets Ltd |

Yes.  We will accept service, subject to reservation of all defenses.

```
"Shepherd, Michael" <MShepherd@milbank.com> wrote on 10/10/2007 11:07:37 AM:

> Counsel:
> Attached are copies of two complaints we filed yesterday in the
> Southern District of New York on behalf of several RCM securities
> customers.  The complaints name the following THL entities and

> individuals as defendants:

> Thomas H. Lee Partners, L.P.;

> Thomas H. Lee Advisors LLC;

> THL Managers V, LLC;

> THL Equity Advisors V, LLP;

> Thomas H. Lee Equity Fund V, L.P.;

> Thomas H. Lee Parallel Fund V, L.P.;

> Thomas H. Lee Equity (Cayman) Fund V, L.P.;

> Thomas H. Lee Investors Limited Partnership;
> 1997 Thomas H. Lee Nominee Trust;
> Thomas H. Lee;
> David V. Harkins;
> Scott L. Jaeckel; and

> Scott A. Schoen.
>
> Please let us know whether you are authorized to accept service on
> behalf of these entities and individuals.
> Regards,
> _____
> Michael Shepherd | Milbank | Litigation
> One Chase Manhattan Plaza | New York, NY 10005
> T: 212.530.5012 | F: 212.822.5012
> mshepherd@milbank.com | www.milbank.com
> <<CMSF Complaint.PDF>> <<VR Complaint.PDF>>
>


> ======================================================================
>
> IRS Circular 230 Disclosure: U.S. federal tax advice in the
> foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not
> intended or written to be, and cannot be used, by any person for the
> purpose of avoiding tax penalties that may be imposed regarding the
> transactions or matters addressed. Some of that advice may have been
> written to support the promotion or marketing of the transactions or
> matters addressed within the meaning of IRS Circular 230, in which
> case you should seek advice based on your particular circumstances
> from an independent tax advisor.
> ======================================================================
>
> This e-mail message may contain legally privileged and/or
> confidential information. If you are not the intended recipient(s),
> or the employee or agent responsible for delivery of this message to
> the intended recipient(s), you are hereby notified that any
> dissemination, distribution or copying of this e-mail message is
> strictly prohibited. If you have received this message in error,
> please immediately notify the sender and delete this e-mail message
> from your computer.[attachment "CMSF Complaint.PDF" deleted by Seth
```

```
> Goodchild/NY/WGM/US] [attachment "VR Complaint.PDF" deleted by Seth
> Goodchild/NY/WGM/US]

< END >
```

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

# MILBANK, TWEED, HADLEY & McCLOY LLP

### 1 CHASE MANHATTAN PLAZA

### NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**PALO ALTO**
650-739-7000
FAX: 650-739-7100

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
44-207-448-3000
FAX: 44-207-448-3029

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**FRANKFURT**
49-69-7593-7170
FAX: 49-69-7593-8303

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

October 23, 2007

**VIA HAND DELIVERY**

Seth Goodchild, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Re:     _VR Global Partners, L.P. et al. v. Bennett, et al._, [07-CV-8686] and
_Capital Management Select Fund Ltd., et al. v. Bennett, et al._, [07-CV-8688]

Dear Seth,

    We write as counsel to the plaintiffs in the above-captioned lawsuits filed against your clients in the Southern District of New York. As per your e-mail to me of October 10, 2007 in which you stated that you would accept service on behalf of your clients, and pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure, please find enclosed copies of the Summons, Complaint, and applicable Electronic Case Filing materials for each lawsuit.

Yours sincerely,

Michael Shepherd

Encls.

NY2:#4762005

# Exhibit E

## Shepherd, Michael

**From:** Hershman, Scott [shershman@hunton.com]

**Sent:** Wednesday, October 24, 2007 7:08 PM

**To:** Shepherd, Michael

**Subject:** RE: Capital Management et al. v. Bennett et al., [07-CV-8688] & VR Global Partners et al. v. Bennett et al., [07-CV-8686]

Yes, we will accept service.  You can direct the papers to me.
Regards,
Scott

---

**From:** Shepherd, Michael [mailto:MShepherd@milbank.com]
**Sent:** Wednesday, October 24, 2007 6:24 PM
**To:** Hershman, Scott
**Cc:** Blacklocks, Stephen
**Subject:** Capital Management et al. v. Bennett et al., [07-CV-8688] & VR Global Partners et al. v. Bennett et al., [07-CV-8686]

Scott,

My apologies if the correspondence below would have been more appropriately directed to you.  I would be grateful if you could let me know if you or any of your partners are authorized to accept service of the attached complaints on behalf of Mr. Maggio.

Regards,

Michael Shepherd

_____
**From:** Shepherd, Michael
**Sent:** Wednesday, October 24, 2007 3:39 PM
**To:** 'sblacklocks@hunton.com'
**Subject:** Capital Management et al. v. Bennett et al., [07-CV-8688] & VR Global Partners et al. v. Bennett et al., [07-CV-8686]

Stephen,

Further to my emails of October 10, October 17, and my voice message to you of October 23, 2007, would you please let me know if you authorized to accept service on behalf of Mr. Maggio.

Many thanks,

Michael Shepherd

_____
**From:** Shepherd, Michael
**Sent:** Wednesday, October 17, 2007 4:28 PM
**To:** 'sblacklocks@hunton.com'
**Subject:** Capital Management et al. v. Bennett et al., [07-CV-8688] & VR Global Partners et al. v. Bennett et al., [07-CV-8686]

Counsel:

Further to my email below, would you please let me know if you are authorized to accept service on behalf of Mr. Maggio by 5.00pm Friday October 19, 2007.

Kind regards,

_____

**Michael Shepherd** | **Milbank** | Litigation
One Chase Manhattan Plaza | New York, NY 10005
T: 212.530.5012 | F: 212.822.5012

mshepherd@milbank.com | www.milbank.com

_____

**From:**    Shepherd, Michael
**Sent:**    Wednesday, October 10, 2007 1:16 PM
**To:**    'sblacklocks@hunton.com'
**Cc:**    Bak, Sander
**Subject:**    Complaints filed on behalf of certain customers of Refco Capital Markets Ltd


Counsel:

Attached are copies of two complaints we filed yesterday in the Southern District of New York on behalf of several RCM securities customers.  The complaints name Santo C. Maggio as a defendant

Please let us know whether you are authorized to accept service on behalf of Mr. Maggio

Regards,

_____

**Michael Shepherd** | **Milbank** | Litigation
One Chase Manhattan Plaza | New York, NY 10005
T: 212.530.5012 | F: 212.822.5012

mshepherd@milbank.com | www.milbank.com

<<CMSF Complaint.PDF>> <<VR Complaint.PDF>>

====================================================================

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
====================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please

**immediately notify the sender and delete this e-mail message from your computer.**

# MILBANK, TWEED, HADLEY & McCLOY LLP

### 1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

———

212-530-5000

FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**PALO ALTO**
650-739-7000
FAX: 650-739-7100

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
44-207-448-3000
FAX: 44-207-448-3029

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**FRANKFURT**
49-69-7593-7170
FAX: 49-69-7593-8303

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

October 25, 2007

**VIA FED EX**

Scott E. Hershman, Esq.
Hunton & Williams, LLP
200 Park Ave. 43rd Floor
New York, NY 10166

      Re:     *VR Global Partners, L.P. et al. v. Bennett, et al.,* [07-CV-8686] and
*Capital Management Select Fund Ltd., et al. v. Bennett, et al.,* [07-CV-8688]

Dear Scott,

      We write as counsel to plaintiffs in the above-captioned lawsuits filed against your client in the Southern District of New York.  As per your email to me of October 24, 2007 in which you agreed to accept service on behalf of your client, and pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure, please find enclosed copies of the Summons, Complaint, and applicable Electronic Case Filing materials for each lawsuit.

      Yours sincerely,

Michael Shepherd

Encls.

NY2:#4762053

# Exhibit F

# MILBANK, TWEED, HADLEY & M$^{c}$CLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

———

212-530-5000

FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**PALO ALTO**
650-739-7000
FAX: 650-739-7100

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
44-207-448-3000
FAX: 44-207-448-3029

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**FRANKFURT**
49-69-7593-7170
FAX: 49-69-7593-8303

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

October 25, 2007

**VIA FED EX**

Richard Cashman, Esq.
HELLER EHRMAN, WHITE & McAULIFFE, LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524

Re:     *VR Global Partners, L.P. et al. v. Bennett, et al.*, [07-CV-8686] and
*Capital Management Select Fund Ltd., et al. v. Bennett, et al.*, [07-CV-8688]

Dear Richard,

We write as counsel to the plaintiffs in the above-captioned lawsuits filed against your client in the Southern District of New York. As per your discussion with me on October 24, 2007, in which you agreed to accept service on behalf of your client, and pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure, please find enclosed copies of the Summons, Complaint, and applicable Electronic Case Filing materials for each lawsuit. As discussed, we agree to an extension of the 20 day period to answer the complaints and we will endeavor to reach agreement with you on a mutually acceptable date by which the answers to the complaints are to be served.

Yours sincerely,

Michael Shepherd

Encls.