UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07CIV8688

CAPITAL MANAGEMENT SELECT FUND LTD., ET AL
, Plaintiff(s)

- against -

PHILIP R. BENNETT, ET AL
, Defendant(s)

State of New Jersey    )
                       ) SS.:
County of Camden       )

AFFIDAVIT OF SERVICE

Salvatore Giammona being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New Jersey. That on 11/05/2007 at 8:13 PM at:
    24 PENNBROOK DR
    LINCOLN UNIVERSITY PA 19352

Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT
RULE 7.1 DISCLOSURE STATEMENT
INDIVIDUAL PRACTICES IN CIVIL CASES
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS
3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL
upon RICHARD N. OUTRIDGE, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New Jersey. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 40 HEIGHT: 5'11'' WEIGHT: 155    HAIR: BROWN    RACE: WHITE    SEX: MALE

Salvatore Giammona    License #

SWORN TO BEFORE ME November 6th, 2007

OUR DOC# 19806
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York NY 10005
212-530-5000
3926900300

JOHN DANIEL HILTWINE
Notary Public
State of New Jersey
My Commission Expires Sep 13, 2011