AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Capital Management Select Fund Ltd., et al.

V.

Philip R. Bennett, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8688**

TO: (Name and address of Defendant)

**See attached Rider**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Edelman
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
(212)530-5000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 0 9 2007

CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RIDER TO CIVIL SUMMONS
*Capital Management Select Fund Ltd., et al. v. Philip Bennett, et al.*

### Addresses for Defendants

| | |
|---|---|
| **PHILIP R. BENNETT**<br>125 Colt Lane<br>Gladstone, NJ 07934<br><br>1001 Park Ave<br>New York, NY 10028 | **WILLIAM M. SEXTON**<br>20 Brundage Drive<br>Goldens Bridge, NY 10526 |
| **SANTO C. MAGGIO**<br>1825 8th St. South<br>Naples, FL 34102 | **JOSEPH J. MURPHY**<br>1038 Bloomfield Ave.<br>Hoboken, NJ 07030 |
| **PHILIP SILVERMAN**<br>3 Edie Dr.<br>Marlboro, NJ 07746 | **ROBERT C. TROSTEN**<br>1345 Westway Dr<br>Sarasota, FL 34236-1122 |
| **THOMAS H. LEE PARTNERS, L.P.**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 | **THOMAS H. LEE ADVISORS, LLC**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 |
| **THL MANAGERS V, LLC**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 | **THL EQUITY ADVISORS V, L.P.**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 |
| **THOMAS H. LEE EQUITY FUND V, L.P.**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 | **THOMAS H. LEE PARALLEL FUND V, L.P.**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 |
| **THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 | **THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 |
| **1997 THOMAS H. LEE NOMINEE TRUST**<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 | **THOMAS H. LEE**<br>c/o Thomas H. Lee Partners, L.P.<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 |
| **DAVID V. HARKINS**<br>c/o Thomas H. Lee Partners, L.P.<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 | **SCOTT L. JAECKEL**<br>c/o Thomas H. Lee Partners, L.P.<br>75 State Street<br>Suite 2600<br>Boston, MA 02109 |

**RIDER TO CIVIL SUMMONS**

*Capital Management Select Fund Ltd., et al. v. Philip Bennett, et al.*

| | |
|---|---|
| **SCOTT A. SCHOEN**<br>c/o Thomas H. Lee Partners, L.P.<br>75 State Street<br>Suite 2600<br>Boston, MA  02109 | **RICHARD N. OUTRIDGE**<br>110 Rainbow Trail<br>Denville, NJ 07834 |