AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

In Re REFCO CAPITAL MARKETS, LTD.
Brokerage Customer Securities Litigation

**SECOND AMENDED
SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06cv643 (Judge Gerard E. Lynch)

TO: (Name and address of Defendant)

Richard Outridge
24 Pennbrook Dr.
Lincoln University, PA 19352

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark A. Strauss, Esq.
Kirby McInerney, LLP
830 Third Avenue, 10th Floor
New York, New York 10022
(212) 371-6600

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Jessica Doss* (signature)

(By) DEPUTY CLERK

DATE   12/21/2007

$\otimes$AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/26/07 8:25 PM |
| NAME OF SERVER *(PRINT)* CHRISTOPHER MULLEN | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 74 PENNBROOK Dr. LINCOLN UNIVERSITY, PA 19352

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/26/07___
              Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF NEW YORK
---------------------------------------------------x
In Re REFCO CAPITAL MARLETS, LTD
Brokerage Customer Securities Litigation

AFFIDAVIT OF SERVICE
Case No.06 CV 643 (Judge Gerald E. Lynch)

---------------------------------------------------x

STATE OF __PA__ )
) ss.:
COUNTY OF __PHILADELPHIA__ )

Christopher Mullen, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of __PA__

On December 26, 2007 approximately 8:25 p.m. at 24 Pennbrook Drive, Lincoln University, PA, 19352, Deponent served the within Second Amended Summons in a Civil Action and Second Amended Consolidated Class Action-Complaint upon: **Richard Outridge** by delivering to and leaving with him, a true and correct copy of the abovementioned documents. At the time of said service, the individual served acknowledged that he is Richard Outridge.

At the time of said service, Deponent asked whether Richard Outridge is on active duty in the Armed Forces of the United States of America or the State of New York or any other State and received ~~no~~/ negative / ~~positive~~ answer.

Richard Outridge is described as a white male, approximately __38-48__ years of age __165-190__ lbs (weight) __5-9"__ tall, (height) with __Brown__ hair (hair color)

_____   _____ ( other features).

_____
Christopher Mullen

Sworn to before me this
January __7z__, 2008

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robin A. Stratz, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 20, 2010

Member, Pennsylvania Association of Notaries