UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITAL MANAGEMENT SELECT FUND LTD., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PHILLIP R. BENNETT, et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> 07 Civ. 8688 (GEL) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in the above-captioned action for Defendant Richard N. Outridge, for the limited purpose of filing a Stipulation and Order extending Defendant Outridge's time to answer, move or otherwise respond to the complaint in the above-captioned action.

Dated: New York, New York
        February 19, 2008

**PROSKAUER ROSE LLP**

By: _____
Claire P. Gutekunst
Jessica Mastrogiovanni
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant Richard N. Outridge*