UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| Capital Management Select Fund Ltd., et al. | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 07 Civ. 8688 (GEL) |
| | : | |
| -against - | : | |
| | : | |
| Philip R. Bennett, et al., | : | NOTICE OF APPEARANCE |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------------ x

To the Clerk of the Court and all parties of record:

     PLEASE TAKE NOTICE that Lawrence J. Zweifach, a member of good standing in this Court, hereby appears on behalf of Defendant Philip Silverman in the above-captioned proceeding, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

Dated: February 21, 2008
New York, New York

                                                       HELLER EHRMAN LLP

                                                       By:  /s/
                                                           Lawrence J. Zweifach (LZ-8641)
                                                              lawrence.zweifach@hellerehrman.com
                                                           Times Square Tower
                                                           7 Times Square
                                                           New York, New York 10036
                                                           Telephone: (212) 832-8300
                                                           Facsimile: (212) 763-7600

                                          *Counsel for Defendant Philip Silverman*