UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
:
Capital Management Select Fund Ltd., et al.    :
:
Plaintiffs,    :    Civil Action No. 07 Civ. 8688 (GEL)
:
-against -    :
:
Philip R. Bennett, et al.,    :    NOTICE OF APPEARANCE
:
Defendants.    :
:
------------------------------------------------------------------------- x

To the Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE that Richard Cashman, a member of good standing in this Court, hereby appears on behalf of Defendant Philip Silverman in the above-captioned proceeding, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

Dated: February 21, 2008
New York, New York

                HELLER EHRMAN LLP

                By:  /s/
                    Richard Cashman (RC-4769)
                      richard.cashman@hellerehrman.com
                    Times Square Tower
                    7 Times Square
                    New York, New York 10036
                    Telephone: (212) 832-8300
                    Facsimile: (212) 763-7600

*Counsel for Defendant Philip Silverman*