UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                                         :
Capital Management Select Fund Ltd., et al.      :
                                                                         :
Plaintiffs,                                                        :    Civil Action No. 07 Civ. 8688 (GEL)
                                                                         :
      -against -                                          :
                                                                         :
Philip R. Bennett, et al.,                                   :    NOTICE OF APPEARANCE
                                                                         :
Defendants.                                                   :
                                                                         :
------------------------------------------------------------------------ x

To the Clerk of the Court and all parties of record:

      PLEASE TAKE NOTICE that Eric Creizman, a member of good standing in this Court, hereby appears on behalf of Defendant Philip Silverman in the above-captioned proceeding, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding be served upon him at the address stated below.

Dated: February 21, 2008
New York, New York

                                      HELLER EHRMAN LLP

                                      By:  /s/
                                           Eric Creizman (EC-7684)
                                             eric.creizman@hellerehrman.com
                                         Times Square Tower
                                         7 Times Square
                                         New York, New York 10036
                                         Telephone: (212) 832-8300
                                         Facsimile: (212) 763-7600

*Counsel for Defendant Philip Silverman*