| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | This Document Applies<br>To All Actions. |
| In re REFCO CAPITAL MARKETS, LTD.<br>BROKERAGE CUSTOMER SECURITIES<br>LITIGATION. | Master File No.<br>05 Civ. 8626 (GEL) |
| VR GLOBAL PARTNERS, L.P. et al.,<br><br>                  Plaintiffs,<br><br>  - against -<br><br>PHILIP R. BENNETT et al.,<br><br>                  Defendants. | No. 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD. et al.,<br><br>                  Plaintiffs,<br><br>  - against -<br><br>PHILIP R. BENNETT et al.,<br><br>                  Defendants. | No. 07 Civ. 8688 (GEL) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James Darrow of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of defendant Robert Trosten and requests that all papers in the above-captioned actions be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated: February 21, 2008
       New York, New York

                        MORVILLO, ABRAMOWITZ, GRAND,
                         IASON, ANELLO & BOHRER, P.C.

                            /s/ James Darrow
                          James Darrow (JD-9506)

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)
Email: jdarrow@maglaw.com

*Attorneys for Defendant Robert Trosten*

2