UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>                            Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>                            Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al.,<br><br>                            Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>                            Defendants. | 07 Civ. 8688 (GEL) |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendant Richard N. Outridge ("Outridge"), through their undersigned attorneys, that the time for Outridge to answer, move or otherwise respond to the complaints in the above-captioned actions is extended to and including March 21, 2008.

Dated: February 14, 2008

By: *Claire P. Gutekunst*

Claire P. Gutekunst
Jessica Mastrogiovanni
**Proskauer Rose LLP**
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant Richard N. Outridge*

By: *Sander Bak*

Scott Edelman
Sander Bak
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
(212) 530-5219 (facsimile)
*Attorneys for Plaintiffs VR Global Partners, L.P., et.al, and Capital Management Select Fund, et. al.*

By: *Mark A. Strauss/cps*

Mark A. Strauss
**Kirby McInerney, LLP**
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600
*Attorneys for the Putative Class*

DONE and ORDERED
this 20th day of February, 2008

*Gerard E. Lynch*
GERARD E. LYNCH
United States District Judge