UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| VR GLOBAL PARTNERS, L.P. PATON HOLDINGS | : | |
| LTD., VR CAPITAL GROUP LTD., AND VR | : | No. 07 Civ. 8686 (GEL) |
| ARGENTINA RECOVERY FUND, LTD., | : | |
| | : | FILED ELECTRONICALLY |
| Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | |
| PHILIP R. BENNETT, ET AL., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x
| CAPITAL MANAGEMENT SELECT FUND | : | |
| LTD., INVESTMENT & DEVELOPMENT | : | No. 07 Civ. 8688 (GEL) |
| FINANCE CORPORATION, IDC FINANCIAL S.A., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | |
| PHILIP R. BENNETT, ET AL., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

### NOTICE OF MOTION TO DISMISS BY DEFENDANTS
### JOSEPH J. MURPHY AND WILLIAM M. SEXTON

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated February 21, 2008, the accompanying Declaration of Matthew J. Sava dated February 21, 2008, and the exhibit thereto, the Complaints and all of the other documents filed in the above-captioned actions, defendants Joseph J. Murphy and William M. Sexton will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 9(b) and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(b), for an order dismissing all

claims asserted against them in the Complaints with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated October 30, 2007, all papers in opposition to this motion shall be filed by April 21, 2008.

Dated: New York, New York
February 21, 2008

| FRIEDMAN & WITTENSTEIN<br>A Professional Corporation | SHAPIRO FORMAN ALLEN & SAVA LLP |
|---|---|
| By: ____/s/ Ivan O. Kline____<br>Stuart I. Friedman (SF 9186)<br>Ivan O. Kline (IK 9591)<br>Elizabeth Meacham (EM 0890) | By: ____/s/ Matthew J. Sava____<br>Matthew J. Sava (MS 9231)<br>Yoram J. Miller (YM 4207)<br>Jason Vigna (JV 8965) |
| 600 Lexington Avenue<br>New York, NY 10022<br>(212) 750-8700 | 380 Madison Avenue<br>New York, NY 10017<br>(212) 972-4900 |
| *Attorneys for Defendant William M. Sexton* | *Attorneys for Defendant Joseph J. Murphy* |