# Exhibit A



**Refco Capital Markets, LTD**

**C/O REFCO SECURITIES, LLC**
**200 LIBERTY STREET**
**NY, NY 10281**

**TRADE CONFIRMATION**

ACME CAPITAL MARKETS
123 ANY STREET
1ST FLOOR
ANY TOWN ST 12345

**** CANCELLED ****

| Account # | Type | Market | Capacity | Tax ID | Acct Exec | Trade Date | Settle Date | Trade # | Process Date | Inventory |
|---|---|---|---|---|---|---|---|---|---|---|
| 99999999 | 6 | O | 2 | 99-9999999 | 9999 | 11/22/05 | 11/22/05 | X9999 | | |

| YOU | QUANTITY | SECURITY DESCRIPTION | Coupon Rate | Maturity Date |
|---|---|---|---|---|
| SLD | 9,999,999 | ACME INC 9.99 09/01/13<br>ISS 09/01/03 FIRST CPN 03/01/04<br>TERM DATE 11/22/04 RATE 9.990000 | | 09/01/13 |
| | CUSIP / Symbol<br>999999999 | | | |

| Price | Principal | Interest | | |
|---|---|---|---|---|
| 99.99 | 999,899,900.01 | 99,999.99 | | |

| Commission | Regulatory Fee / Stamp | Fee | Misc. Fee | Native Net Amount Due | Currency |
|---|---|---|---|---|---|
| | | | | 999,899,900.01 | |

| FX Currency | FX Exchange Rate | | Final Amount Due | Currency |
|---|---|---|---|---|
| | | | 999,899,900.01 | |

| Receive From | Deliver To |
|---|---|
| | |

Additional Information

9999 CLOSE REPURCHASE AGREEMENT

REFCO CAPITAL MARKETS, LTD. IS BOUND AS PRINCIPAL IN THIS TRANSACTION. REFCO SECURITIES, LLC ('RSL') INTRODUCED THIS TRANSACTION TO YOU AS AGENT FOR YOU AND RCM UNDER SEC RULE 15A-6 AND DOES NOT GUARANTY THIS TRANSACTION.

## EXPLANATION OF CODED SYMBOLS

| *T – TYPE OF ACCOUNT | | *MKT – MARKET CODES | | *CAP – CAPACITY IN WHICH WE ARE ACTING |
|---|---|---|---|---|
| 0 – Broker/Dealer | 5 – Other | H – | Prime Brokerage | 1 – AS AGENT FOR YOU |
| 1 – Cash | 6 – Funding | J – | Prime Brokerage | 2 – AS PRINCIPAL |
| 2 – Margin | 7 – Other | X – | Funding | |
| 3 – Short | 8 – Dividend Receive | O – | Over the Counter | |
| 4 – Margin | 9 – Dividend Payable | L – | Prime Brokerage | |
| | | 1 – 9 – | Other | |

IT IS AGREED BETWEEN YOU AND REFCO CAPITAL MARKETS, LTD. ("RCM") THAT:

1. You hereby grant to RCM and its affiliates (collectively, "Refco Entities") a first priority, perfected security interest in all of you cash, securities and other property (whether held individually or jointly with others) and the proceeds thereof from time-to-time in the possession or under the control of such Refco Entities which is being held by Refco Entities, for discharge of obligations however arising, whether or not such cash, securities and other property were deposited with such Refco Entities. RCM does not segregate any collateral or other property deposited with it and RCM shall have the right to sell, pledge, hypothecate, assign, invest or use, such collateral or property deposited with it.

2. Absent an explicit written agreement to the contrary, RCM is acting as principal in its transactions with you. In this regard, you are relying solely on the credit of and looking to RCM for performance of all transaction related obligations. No other Refco Entity, including any which introduced transactions to RCM, shall be deemed to be the issuer, guarantor, surety or counterparty in connection with your transactions with RCM.

3. Refco Entities may in their discretion, without prior notice to you, apply or transfer any cash, securities or other property interchangeably between any of your accounts at any Refco Entity, as may be deemed necessary for margin or to satisfy or reduce any deficit or debit balance in any such account.

4. RCM shall not be responsible for the loss or destruction of any property held by RCM for your account in the custody of a bank, broker or other custodian, or which is lost or destroyed as a result of war, civil commotion, enemy action, governmental action or any other cause beyond the reasonable control of RCM, or any custodian utilized by RCM.

5. You shall make all payments owed to RCM, with respect to any transaction in immediately available funds, on the settlement date of such transaction.

6. All transactions between RCM and you shall be subject to all applicable laws, rules, practices and customs and to the terms of the applicable customer agreement and of any other written agreement between you and RCM.

7. In the event of a default by you, including where RCM deems a default reasonably necessary for its protection, RCM may close out any transaction with you, without notice at any time. Any repudiation, breach or default hereunderm shall constitute at RCM's election, a default under all other agreements or confirmations between us. Upon any repudiation, breach or default, RCM shall be entitled without limiting other rights or remedies it may have, to liquidate, hedge or offset your obligation by sale of property in any of your accounts at RCM, purchase of property, cancel transactions, and/or offset against other accounts you may have at any Refco Entity or obligations of any Refco Entity to you. Purchases or sales may be public or private, and may be made without notice or advertisement and in such manner as such Refco Entities in their discretion may determine. You shall remain liable for any balance due and any loss incurred by any Refco Entity in acting pursuant hereto. Refco Entities shall not be liable to you for any profits that would have accrued to you after the date of any close out.

8. In the event that you and RCM are not yet parties to RCM's customer agreement or any other written agreement, this Confirmation shall be subject to and incorporate the terms of such agreement(s). Prior to the execution and delivery of such agreements(s), this Confirmation, together with the foregoing provisions incorporated herein by reference, shall constitute a complete and binding agreement with respect to the transaction to which this Confirmation relates.

Refco Capital Markets, Ltd. Is a Bermuda corporation.