UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VR GLOBAL PARTNERS, L.P. PATON HOLDINGS   :
LTD., VR CAPITAL GROUP LTD., AND VR        :   No. 07 Civ. 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD.,             :
                                           :
               **Plaintiffs,**         :
                                           :
  - against -                             :
                                           :
PHILIP R. BENNETT, ET AL.,                 :
                                           :
               **Defendants.**         :
------------------------------------------------------------x
CAPITAL MANAGEMENT SELECT FUND            :
LTD., INVESTMENT & DEVELOPMENT            :   No. 07 Civ. 8688 (GEL)
FINANCE CORPORATION, IDC FINANCIAL S.A.,  :
                                           :
               **Plaintiffs,**         :
                                           :
  - against -                             :
                                           :
PHILIP R. BENNETT, ET AL.,                 :
                                           :
               **Defendants.**         :
                                           :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel to the parties in the above-captioned actions, as follows:

Defendants Joseph J. Murphy and William M. Sexton may file, in support of motions to dismiss the Complaints in both actions, a single joint memorandum of law of up to 40 pages.

1

Dated: February 19, 2008
New York, New York

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: _____
Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Plaintiffs*

**SHAPIRO FORMAN ALLEN & SAVA LLP**

By: _____
Matthew J. Sava (MS 9231)
Yoram Jacob Miller (YM 4207)
380 Madison Avenue
New York, NY 10017
(212) 972-4900

*Attorneys for Defendant Joseph J. Murphy*

**FRIEDMAN & WITTENSTEIN**
A Professional Corporation

By: _____
Stuart I. Friedman (SF 9186)
Ivan Kline (IK 9591)
600 Lexington Avenue
New York, NY 10022
(212) 750-8700

*Attorneys for Defendant William M. Sexton*

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

2/22/08