UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

---

VR GLOBAL PARTNERS, L.P. PATON HOLDINGS LTD., VR CAPITAL GROUP LTD., AND VR ARGENTINA RECOVERY FUND, LTD.,

    Plaintiffs,

- against -

PHILIP R. BENNETT, ET AL.,

    Defendants.

No. 07 Civ. 8686 (GEL)

---

CAPITAL MANAGEMENT SELECT FUND LTD., INVESTMENT & DEVELOPMENT FINANCE CORPORATION, IDC FINANCIAL S.A.,

    Plaintiffs,

- against -

PHILIP R. BENNETT, ET AL.,

    Defendants.

No. 07 Civ. 8688 (GEL)

---

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties in the above-captioned actions, as follows:

Defendant Philip Silverman may file in support of motions to dismiss the Complaints in both actions a single combined memorandum of law of up to 35 pages.

Dated: February 19, 2008
      New York, New York

| MILBANK, TWEED, HADLEY & McCLOY LLP | HELLER EHRMAN LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Scott A. Edelman (SE 5247) | Richard Cashman (RC 4769) |
| Sander Bak (SB 2263) | Times Square Tower, |
| 1 Chase Manhattan Plaza | 7 Times Square |
| New York, NY 10005 | New York, NY 10036 |
| (212) 530-5000 | (212) 832-8300 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Philip Silverman* |

SO ORDERED:

*[signature]*
Hon. Gerard E. Lynch, U.S.D.J.
2/22/08

NY 785351 v1