UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAPITAL MANAGEMENT SELECT FUND : 
LTD., INVESTMENT & DEVELOPMENT : Electronically Filed
FINANCE CORPORATION, IDC FINANCIAL :
S.A., : No. 07 CIV 8688 (GEL)
:
             Plaintiffs, :
:
  - against - :
:
PHILIP R. BENNETT, WILLIAM M. SEXTON, :
SANTO C. MAGGIO, JOSEPH J. MURPHY, :
PHILIP SILVERMAN, ROBERT C. TROSTEN, :
RICHARD N. OUTRIDGE, THOMAS H. LEE :
PARTNERS, L.P., THOMAS H. LEE ADVISORS :
LLC., THL MANAGERS V, LLC., THL EQUITY :
ADVISORS V, LLP., THOMAS H. LEE EQUITY :
FUND V, L.P., THOMAS H. LEE PARALLEL :
FUND V, L.P., THOMAS H. LEE EQUITY :
(CAYMAN) FUND V, L.P., THOMAS H. LEE :
INVESTORS LIMITED PARTNERSHIP, 1997 :
THOMAS H. LEE NOMINEE TRUST, THOMAS :
H. LEE, DAVID V. HARKINS, SCOTT L. :
JAECKEL, AND SCOTT A. SCHOEN, :
:
             Defendants. :
:
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ivan Kline of Friedman & Wittenstein, A Professional Corporation, with offices located at 600 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendant William M. Sexton in the above-captioned action.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
      March 18, 2008

**FRIEDMAN & WITTENSTEIN**
**A Professional Corporation**


By: /s/ Ivan Kline
 Ivan Kline (IK-9591)

 600 Lexington Avenue
 New York, New York 10022
 Telephone: (212) 750-8700
 Facsimile: (212) 223-8391

 *Attorneys for Defendant William M. Sexton*