# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
    -v-                                             :
                                                    :
                                                    :        S3 05 Cr. 1192 (NRB)
PHILLIP R. BENNETT,                                 :
ROBERT C. TROSTEN,            and                   :
TONE N. GRANT,                                      :
                                                    :
                              Defendants.   :
                                                    :
------------------------------------------------------------x

## GOVERNMENT'S LIST OF COCONSPIRATORS

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States
of America

NEIL M. BAROFSKY
CHRISTOPHER L. GARCIA
Assistant United States Attorneys

- Of Counsel -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**UNITED STATES OF AMERICA**                                 :
                                                             :
    -v-                                                      :
                                                             :
**PHILLIP R. BENNETT,**                                      :        S3 05 Cr. 1192 (NRB)
**ROBERT C. TROSTEN,**            **and**                    :
**TONE N. GRANT,**                                           :
                                                             :
                                  **Defendants.**  :
                                                             :
-------------------------------------------------------------x

## GOVERNMENT'S LIST OF COCONSPIRATORS

       Pursuant to the schedule for pre-trial disclosures established by the Court, please find below a list of individuals that the Government has identified as coconspirators of defendants Phillip R. Bennett, Robert C. Trosten, and Tone N. Grant:

1.  Santo Maggio
2.  Victor Zarate
3.  Phillip Silverman
4.  Frank Mutterer
5.  William Sexton
6.  Joseph Murphy
7.  Joseph Collins
8.  David Weaver
9.  Steven Dispenza
10. David Fox
11. Thomas Hackl
12. Michael Palombella
13. Bank Für Arbeit Und Wirtschaft Und Österreichische Postparkasse Aktiengesellschaft
14. Richard Outridge
15. Sean Kron

## CERTIFICATE OF SERVICE

CHRISTOPHER L. GARCIA, deposes and says that he is employed in the Office of the

United States Attorney for the Southern District of New York,

And that on February 7, 2008, he caused a copy of the attached Government's List of

Coconspirators, to be served, by ECF and First Class Mail on:

Christopher Morvillo, Esq.
Morvillo, Abramowitz, Grand, Iason, Bohrer & Anello, P.C.
565 Fifth Ave, New York, NY 10017

Darren LaVerne, Esq.
Kramer, Levin, Naftalis and Frankel
1177 Avenue of the Americas, New York, NY 10036

Aitan D. Goelman, Esq.
Zuckerman & Spaeder
1800 M Street NW
Washington, DC 20036

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 7, 2008

CHRISTOPHER L. GARCIA