

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP R. BENNETT, et al.,<br><br>Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP R. BENNETT, et al.,<br><br>Defendants. | 07 Civ. 8688 (GEL) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors LLC, THL Managers V, LLC, THL Equity Advisors V, LLP, Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen (the "THL Defendants"), and Defendants Joseph J. Murphy, William M. Sexton and Philip Silverman, that the time for the THL Defendants and Defendants Murphy, Sexton and Silverman to file their reply papers in further support of their motions to dismiss the

above-captioned actions (the "Motions") is extended to and including June 9, 2008. Pursuant to Section 1.E of the Court's Individual Practices in Civil Cases, counsel state that the reply papers in support of the Motions were originally due to be served on or before May 30, 2008, and that no prior extension of that due date was requested by the defendants. The defendants did consent to an April 15, 2008 request by plaintiffs for an extension of their time to file an answering brief in response to pending motions to dismiss, the effect of which was also to extend the date on which defendants' reply briefs were due. This Court granted that request on April 16, 2008.

Dated: New York, New York
       May 28, 2008

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
    Richard A. Rosen
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendants Thomas H. Lee Partners, L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V., L.P., THL Equity Advisors V, LLC, Thomas H. Lee Investors Limited Partnership, The 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen*

MILBANK, TWEED, HADLEY &
McCLOY LLP

By: _____
    Scott A. Edelman
    Sander Bak
    Michael Shepherd
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for the Capital Management and VR Plaintiffs; Proposed Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

2

| | |
|---|---|
| KIRBY McINERNEY & SQUIRE, LLP<br><br>By: _____<br>   Mark A. Strauss<br>   Richard L. Stone<br>830 Third Avenue<br>New York, NY 10022<br>(212) 371-6600<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Putative Class* | HELLER EHRMAN LLP<br><br>By: _____<br>   Lawrence J. Zweifach (LZ-8641)<br>   Richard Cashman (RC-4769)<br>Times Square Tower, 7 Times Square<br>New York, NY 10036-6524<br>(212) 832-8300<br><br>*Attorneys for Philip Silverman* |
| FRIEDMAN & WITTENSTEIN, A PROFESSIONAL CORPORATION<br><br>By: _____<br>   Ivan O. Kline<br>600 Lexington Avenue<br>New York, NY 10022<br>(212)750-8700<br><br>*Attorneys for William M. Sexton* | SHAPIRO FORMAN ALLEN & SAVA LLP<br><br>By: _____<br>   Matthew Joel Sava<br>380 Madison Avenue<br>New York, New York 10017<br>(212) 972-4900<br><br>*Attorneys for Joseph J. Murphy* |

SO ORDERED:

_____
Honorable Gerard E. Lynch
United States District Judge

Dated: 5/29/08