```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VR GLOBAL PARTNERS, L.P. PATON HOLDINGS  :
LTD., VR CAPITAL GROUP LTD., AND VR      :  No. 07 Civ. 8686 (GEL)
ARGENTINA RECOVERY FUND, LTD.,           :
                                         :
            Plaintiffs,                  :
                                         :
       - against -                       :
                                         :
PHILIP R. BENNETT, ET AL.,               :
                                         :
            Defendants.                  :
----------------------------------------------------------X
CAPITAL MANAGEMENT SELECT FUND LTD.,     :  No. 07 Civ. 8688 (GEL)
INVESTMENT & DEVELOPMENT FINANCE         :
CORPORATION, IDC FINANCIAL S.A.,         :
                                         :
            Plaintiffs,                  :
                                         :
       - against -                       :
                                         :
PHILIP R. BENNETT, ET AL.,               :
                                         :
            Defendants.                  :
----------------------------------------------------------X

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel to the parties in the above-captioned actions, as follows:

Defendant Philip Silverman may file, in support of his motions to dismiss the Complaints in both actions, a single reply memorandum of law of up to 15 pages.

...

Dated: June 4, 2008
       New York, New York

| MILBANK, TWEED, HADLEY & McCLOY LLP | HELLER EHRMAN LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Scott A. Edelman (SE 5247) | Lawrence J. Zweifach (LZ-8641) |
| Sander Bak (SB 2263) | Richard Cashman (RC-4769) |
| 1 Chase Manhattan Plaza | Eric M. Creizman (EC-7684) |
| New York, NY 10005 | Times Square Tower |
| (212-530-5000) | 7 Times Square |
| | New York, NY 10036 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Philip Silverman* |

SO ORDERED:

*[signature]*

Hon. Gerard E. Lynch,
United States District Judge

6/8/08

2