# Exhibit D



BANK FOR INTERNATIONAL SETTLEMENTS



# Triennial Central Bank Survey

Foreign exchange and derivatives market activity in 2004

March 2005

Queries concerning this report should be addressed to the authors listed below:

| | | | |
|---|---|---|---|
| Sections A.1 + B: | Gabriele Galati | tel +41 61 280 8923 | e-mail: gabriele.galati@bis.org |
| Sections A.2 + C: | Fabio Fornari | tel +41 61 280 8406 | e-mail: fabio.fornari@bis.org |
| Section D: | Philippe Mesny | tel +41 61 280 8425 | e-mail: philippe.mesny@bis.org |
| Section E: | Paola Gallardo | tel +41 61 280 8445 | e-mail: paola.gallardo@bis.org |
| | Carlos Mallo | tel +41 61 280 8256 | e-mail: carlos.mallo@bis.org |

Copies of publications are available from:

Bank for International Settlements
Press & Communications
CH-4002 Basel, Switzerland

E-mail: publications@bis.org

Fax:    +41 61 280 9100 and +41 61 280 8100

© *Bank for International Settlements 2005. All rights reserved. Brief excerpts may be reproduced or translated provided the source is cited.*

ISSN 1814-7348 (print)
ISSN 1814-7356 (online)

ISBN 92-9131-680-6 (print)
ISBN 92-9197-680-6 (online)

Available on the BIS website (www.bis.org).

| Global turnover in OTC derivatives markets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Daily averages, in billions of US dollars | | | | | | | | | |
| | Total | | | Foreign exchange[1] | | | Interest rate[2] | | |
| | April 1998 | April 2001 | April 2004 | April 1998 | April 2001 | April 2004 | April 1998 | April 2001 | April 2004 |
| Total reported gross turnover | 1,988 | 2,168 | 3,509 | 1,573 | 1,356 | 1,989 | 415 | 812 | 1,519 |
| Adjustment for local double-counting[3] | –306 | –306 | –420 | –235 | –170 | –231 | –71 | –136 | –188 |
| Total reported turnover net of local double-counting ("net-gross") | 1,682 | 1,862 | 3,089 | 1,338 | 1,186 | 1,758 | 344 | 676 | 1,331 |
| Adjustment for cross-border double-counting[3] | –458 | –520 | –772 | –379 | –333 | –466 | –79 | –187 | –306 |
| Total reported net-net turnover | 1,224 | 1,342 | 2,317 | 959 | 853 | 1,292 | 265 | 489 | 1,025 |
|   with reporting dealers | 763 | 826 | 1,191 | 614 | 503 | 696 | 150 | 323 | 494 |
|     local | 306 | 305 | 419 | 235 | 170 | 231 | 71 | 135 | 188 |
|     cross-border | 457 | 520 | 771 | 379 | 333 | 465 | 78 | 187 | 306 |
|   with other financial institutions | 267 | 376 | 871 | 178 | 235 | 421 | 89 | 142 | 450 |
|     local | 125 | 161 | 352 | 79 | 105 | 157 | 46 | 57 | 195 |
|     cross-border | 142 | 215 | 520 | 99 | 130 | 264 | 44 | 85 | 256 |
|   with non-financial customers | 193 | 140 | 248 | 166 | 115 | 169 | 27 | 25 | 79 |
|     local | 125 | 89 | 133 | 108 | 75 | 102 | 16 | 15 | 31 |
|     cross-border | 68 | 50 | 114 | 58 | 40 | 67 | 10 | 10 | 47 |
| Estimated gaps in reporting[4] | 39 | 43 | 93 | 29 | 22 | 53 | 10 | 23 | 40 |
| Estimated global turnover | 1,265 | 1,385 | 2,410 | 990 | 875 | 1,345 | 275 | 512 | 1,065 |
| *Memo:* | | | | | | | | | |
| *Turnover at April 2004 exchange rates* | *1,350* | *1,600* | *2,410* | … | … | … | … | … | … |
| *Exchange-traded products[5]* | *1,382* | *2,180* | *4,657* | *11* | *10* | *23* | *1,371* | *2,170* | *4,634* |

[1] Including outright forwards and foreign exchange swaps.  [2] Single currency contracts only.  [3] Made by halving positions vis-à-vis other local reporting dealers and other reporting dealers abroad respectively.  [4] Based on reported coverage.  [5] Sources: FOW TRADEdata; Futures Industry Association; various futures and options exchanges.

Table C.1

## 1. Turnover data

### 1.1 Global daily turnover in OTC derivatives markets

**Buoyant growth in OTC derivatives** Between April 2001 and April 2004 average daily turnover in OTC derivatives markets (adjusted for double-counting in local and cross-border transactions) increased by 73%, to $2,317 billion (Table C.1). Business returned to buoyant growth after expanding by just over 10% in 2001 (down from 44% in 1998). Currency turnover, which had contracted in 2001, returned to vigorous growth, as investment in currency products became an alternative to equity and fixed income instruments. Trading in interest rate products more than doubled. Strong business in interest rate derivatives derived from changes in both hedging and trading practices in the swap market; it was also a consequence of events which noticeably increased hedging-related demand.