UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>      Defendants. | 07 Civ. 8686 (GEL)<br><br>FILED ELECTRONICALLY |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>      Defendants. | 07 Civ. 8688 (GEL) |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

### DECLARATION OF JESSICA MASTROGIOVANNI IN SUPPORT OF DEFENDANT RICHARD N. OUTRIDGE'S MOTION TO DISMISS THE COMPLAINTS

JESSICA MASTROGIOVANNI hereby declares under penalty of perjury:

1. I am an associate of the law firm Proskauer Rose LLP, attorneys for Defendant Richard N. Outridge. I respectfully submit this Declaration in support of the motion by Mr. Outridge to dismiss the Complaints in the above-captioned actions.

2. Attached hereto as Exhibit A is a brief excerpt of the transcript of testimony by Thomas York ("York") showing that such testimony took place at a hearing before the

Honorable Robert D. Drain in the United States Bankruptcy Court for the Southern District of New York in connection with the Refco bankruptcy. Mr. York, a former Executive Vice President of Refco Capital Markets, Ltd. ("RCM") on its Global Execution and Finance Desk, testified in connection with a hearing before Judge Drain regarding procedures followed by RCM with respect to customer securities.

3. Mr. York's testimony took place over three days in early 2006 (February 28, March 3 and March 6). Mr. York's testimony is cited, referred to and relied upon in the Complaints in the above-captioned actions. Plaintiffs do not, and cannot, allege in the Complaints that Mr. York ever mentioned Mr. Outridge in his testimony, which I have independently confirmed based on a review of the more than 750 transcript pages of Mr. York's testimony.

Dated: New York, New York
June 18, 2008

*Jessica Mastrogiovanni*
Jessica Mastrogiovanni