UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

| | |
|---|---|
| VR GLOBAL PARTNERS, L.P., et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>                Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>PHILLIP R. BENNETT, et al.,<br><br>                Defendants. | 07 Civ. 8688 (GEL) |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties in the above-captioned actions, as follows:

1. Defendant Richard N. Outridge ("Outridge") may file, in support of his motions to dismiss the Complaints in all three above-referenced actions, a single combined memorandum of law of up to 35 pages, on or before June 18, 2008;

2. Plaintiffs' may file, in opposition to Outridge's motions to dismiss, a single memorandum of law of up to 35 pages, on or before July 25, 2008; and

3. Outridge may file, in further support of his motions to dismiss, a single reply memorandum of law of up to 15 pages, on or before August 15, 2008.

Dated: June 17, 2008

By: *Claire P. Gutekunst*

Claire P. Gutekunst
Jessica Mastrogiovanni
**Proskauer Rose LLP**
1585 Broadway
New York, New York 10036-8299
(212) 969-3000
(212) 969-2900 (facsimile)
cgutekunst@proskauer.com
*Attorneys for Defendant Richard N. Outridge*

By: *[signature]*

Scott Edelman
Sander Bak
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
(212) 530-5219 (facsimile)
sbak@milbank.com
*Attorneys for Plaintiffs VR Global Partners, L.P., et.al, Capital Management Select Fund, et. al., and for the Putative Class*

SO ORDERED
this 18th day of June, 2008

*[signature]*
GERARD E. LYNCH
United States District Judge