# EXHIBIT E

Page 1

CONFIDENTIAL - Rasutis

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x


In Re:  REFCO INC., et al.

    Debtors Case No. 05-03064


--------------------------------x


***CONFIDENTIAL***

VIDEOTAPED DEPOSITION OF VYTENIS RASUTIS

New York, New York

February 9, 2006


Reported by:

KATHY S. KLEPFER, RPR, RMR, CRR

JOB NO. 6123

Page 90

CONFIDENTIAL - Rasutis

1  
2  organized?
3      A.   I thought they were all under --
4  organized under the big U.S. Refco umbrella or
5  the worldwide Refco umbrella and they were all
6  part of -- part of the Refco corporate entity.
7      Q.   And you thought they were all
8  broker-dealers?
9      A.   All, yes, all related and all working
10 together and using the same name, and I thought
11 I went to a firm just like Bear Stearns, just a
12 competing firm.
13     Q.   Is it your understanding that Bear
14 Stearns has separately incorporated regulated
15 and non-regulated entities?
16     A.   I don't know about the -- their whole
17 structure, but I know the securities and
18 commodities I have at Bear Stearns are protected
19 and safe.  Bear Stearns has always emphasized
20 that.
21     Q.   When you say "are protected and safe,"
22 what do you mean?
23     A.   That Bear Stearns is audited and has
24 internal and external rules that do the best to
25 protect the investor, the customer.

Page 91

CONFIDENTIAL - Rasutis

1  
2      Q.   You said "external rules," what were
3  you referring to?
4      A.   From outside agencies, whether
5  government regulators or industry
6  self-regulatory agencies.
7      Q.   And do you have any understanding
8  about whether RCM was, between, say, January 1,
9  2004 and October -- and September 30, 2005,
10 subject to regulation by any government
11 regulators or industry self-regulatory agencies?
12     A.   I thought it was part of the whole
13 Refco entity and it was regulated by entities
14 that controlled -- or that regulated the whole
15 Refco entity.
16     Q.   So you thought it was regulated by
17 whoever regulated any other Refco entity?
18     A.   Yes.
19     Q.   And what was the basis for that view?
20     A.   Everything was Refco.  It was Refco
21 offices.  It was the U.S. headquarters that
22 opened up the account.  Normally, if you're
23 operating in the U.S., you have to be registered
24 and regulated in the U.S.  There's very strict
25 rules for investment advisors and anyone in the

Page 92

CONFIDENTIAL - Rasutis

1  
2  industry.
3         MR. HENKIN:  Let's take a short break,
4      but I think we're probably very close to
5      being done.
6         THE VIDEOGRAPHER:  The time is 11:29.
7      We're going off the record.
8         (Recess.)
9         THE VIDEOGRAPHER:  The time is 11:40.
10     We are back on the record.
11 BY MR. HENKIN:
12     Q.   Mr. Rasutis, before we broke, you
13 mentioned that Bear Stearns always emphasized
14 safety, the safety of assets that were deposited
15 with it.  Do you recall saying that?
16     A.   Yes.
17     Q.   Did you ever have a similar
18 conversation with anyone at Refco about RCM?
19     A.   No.
20     Q.   Let's just go back.  From your work in
21 the commodities field, do you have an
22 understanding of what a segregated funds account
23 is?
24     A.   Yes.
25     Q.   Tell me what that understanding is.

Page 93

CONFIDENTIAL - Rasutis

1  
2      A.   Where the broker-dealer cannot
3  commingle customer funds with his own funds and
4  customer funds and customer assets are separate
5  and belong to the customer.  That's my
6  understanding.
7         (Exhibit 115, a document bearing Bates
8      Nos. CMSF0094 through 97, marked for
9      identification, as of this date.)
10 BY MR. HENKIN:
11     Q.   Mr. Rasutis, what has been marked as
12 Exhibit 115 is actually a composite exhibit of
13 documents Bates stamped CMSF 94 and 97.  Do you
14 recognize these two documents?
15     A.   Yes.
16     Q.   What are they?
17     A.   This is my transfer into -- to start
18 the commodities account.  This is the first
19 page, 115, and the second page is a transfer to
20 pay off a margin loan at Refco or pay down a
21 margin loan.
22     Q.   With respect to -- I think you said
23 115.  Did you mean CMSF 94?  These are both part
24 of 115.
25     A.   Yes.  Yes, I thought there would be