USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re REFCO CAPITAL MARKETS, LTD.                :
BROKERAGE CUSTOMER SECURITIES        :    06 Civ. 643 (GEL)
LITIGATION                                                       :
                                                                          :
-------------------------------------------------------------x
VR GLOBAL PARTNERS, L.P. et al.,               :
                                                                          :
                        Plaintiffs,                               :
                                                                          :
        - against-                                                :    07 Civ. 8686 (GEL)
                                                                          :
PHILLIP R. BENNETT et al.,                            :
                                                                          :
                        Defendants.                          :
                                                                          :
-------------------------------------------------------------x    **ORDER**
CAPITAL MANAGEMENT SELECT FUND    :
LTD. et al.,                                                       :
                        Plaintiffs,                               :
                                                                          :
        - against-                                                :    07 Civ. 8688 (GEL)
                                                                          :
PHILLIP R. BENNETT et al.,                            :
                                                                          :
                        Defendants.                          :
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

Pursuant to the Court's August 28, 2008, Opinion and Order in the above-captioned cases, the Clerk of Court is respectfully directed to close out the following motions:

1.   Docs. ## 129, 132, 135, 139, and 176 in 06 Civ. 643.
2.   Docs. ## 29, 33, 38, 41, 44, and 71 in 07 Civ. 8686.
3.   Docs. ## 27, 31, 34, and 59 in 07 Civ. 8688.

SO ORDERED.

Dated: New York, New York
        August 28, 2008

                                                                    _____
                                                                    GERARD E. LYNCH
                                                                    United States District Judge