
Scott A. Edelman (SE 5247)
Sander Bak (SB 2263)
Kylie Davidson (KD 0502)
Michael Shepherd (MS 1313)
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al, Plaintiffs, <br><br> - against - <br><br> PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al, Plaintiffs, <br><br> - against - <br><br> PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8688 (GEL) |

**PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION**

**Please Take Notice** that, pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 6.3, and upon the accompanying Memorandum of Law, dated September 12, 2008; the Declaration of Sander Bak, executed on September 12, 2008, and the exhibits thereto; and the Declarations of Marc S. Kirschner and David Galfus, both executed on September 12, 2008, Plaintiffs in the above-captioned actions will move this Court, the Honorable Gerard E. Lynch presiding, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1581 for an order: (1) clarifying or amending the Court's August 28, 2008 Opinion and Order (the "Opinion") to grant Plaintiffs leave to replead to redress the deficiencies noted by the Court; (2) amending the Opinion to grant Plaintiffs leave to assert common law claims in the event that the Opinion is affirmed on appeal; and (3) for such other and further relief as this Court may deem just and proper.

Dated: New York, NY
       September 12, 2008

                                                        MILBANK, TWEED, HADLEY & McCLOY LLP

                                                        /s/  Scott A. Edelman

                                                        Scott A. Edelman (SE 5247)
                                                        Sander Bak (SB 2263)
                                                        Kylie Davidson (KD 0502)
                                                        Michael Shepherd (MS 1313)
                                                        1 Chase Manhattan Plaza
                                                        New York, NY 10005
                                                        (212) 530-5000
                                                        SEdelman@milbank.com
                                                        *Counsel for the Capital Management and VR Plaintiffs; Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

                                                        KIRBY McINERNEY & SQUIRE, LLP

                                                        /s/  Mark A. Strauss

                                                        Richard L. Stone (RS 5324)

Mark A. Strauss (MS 2288)
830 Third Avenue
New York, NY  10022
Tel.: (212) 371-6600
Fax:  (212) 751-2540
mstrauss@kmllp.com
*Co-Lead Counsel for Lead Plaintiffs and the Putative Class*

Case 1:07-cv-08688-GEL    Document 72    Filed 09/12/2008    Page 3 of 3