**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | 06 Civ. 643 (GEL) |
| VR GLOBAL PARTNERS, L.P., et al, Plaintiffs, - against - PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8686 (GEL) |
| CAPITAL MANAGEMENT SELECT FUND LTD., et al, Plaintiffs, - against - PHILLIP R. BENNETT, et al, Defendants. | 07 Civ. 8688 (GEL) |

**DECLARATION OF SANDER BAK IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR RECONSIDERATION**

I, SANDER BAK, declare as follows:

1.      I am a member of the law firm Milbank, Tweed, Hadley &

McCloy LLP, counsel to the Capital Management Select Fund Ltd. and VR Global

Partners, L.P. Plaintiffs, and co-lead counsel for Lead Plaintiffs and the Putative Class in

the above-captioned actions (collectively, the "Plaintiffs").  I submit this declaration in

connection with Plaintiffs' Motion for Reconsideration.

2.      Attached hereto as Exhibit 1 is a true and correct copy of IDC Financial, S.A.'s March 2005 Refco Capital Markets, Ltd. statement of account.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Capital Management Select Fund, Ltd.'s July 2005 Refco Capital Markets, Ltd. statement of account.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Capital Management Select Fund, Ltd.'s August 2005 Refco Capital Markets, Ltd. statement of account.

I declare under penalty of perjury that the foregoing is true and correct. The foregoing is affirmed under penalty of perjury pursuant to 28 U.S.C. § 1746.

September 12, 2008

_____
Sander Bak

2

# EXHIBIT 1

# REFCO

**Refco Capital Markets, LTD**
C/O REFCO SECURITIES, LLC
200 LIBERTY STREET
NY, NY 10281

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| ACCOUNT NO. | 10010247 |
| STATEMENT PERIOD | 03/01/05 - 03/31/05 |
| PAGE | 1 of 4 |
| ACCOUNT EXECUTIVE | 3009 - RODRIGO ALVAREZ |

## BALANCE SUMMARY

| | OPENING BALANCE INFORMATION | | | CLOSING BALANCE INFORMATION | |
|---|---|---|---|---|---|
| CURRENCY & ACCOUNT TYPE | OPENING BALANCE | EXCHANGE RATE | USD EQUIVALENT | CLOSING BALANCE | EXCHANGE RATE | USD EQUIVALENT |
| USD MARGIN ACCOUNT | 6,690,241.28CR | | $6,690,241.28CR | 6,690,054.87CR | | $6,690,054.87CR |
| USD FIXED INCOME MARGIN ACCT | 5,553,039.78DR | | $5,553,039.78DR | 8,481,461.72DR | | $8,481,461.72DR |
| USD FINANCING ACCOUNT | 124,576.98DR | | $124,576.98DR | 1,791,220.44CR | | $1,791,220.44CR |

## INCOME AND EXPENSE SUMMARY

| INCOME SOURCE | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| EQUITY DIVIDENDS | $.00 | $.00 |
| INTEREST INCOME | $.00 | $.00 |
| TREASURY INTEREST | $.00 | $.00 |
| ACCR TREASURY INTEREST | $18,055.56 | $91,509.73 |
| ACCRUED INTEREST | $.00 | $.00 |
| DEBIT INTEREST | $564.32 | $592.47 |
| ACCR TREASURY INT EXPENSE | $3,937.50- | $36,617.01- |
| ACCR INTEREST EXPENSE | $.00 | $.00 |
| FINANCE INT EXPENSE | $684.69- | $4,559.49- |
| CREDIT INTEREST | $377.91 | $1,777.72 |

## PORTFOLIO SUMMARY IN U.S. DOLLARS

| SECURITY TYPE | LONG | SHORT |
|---|---|---|
| EQUITIES | $.00 | $.00 |
| CORPORATE BONDS | $4,014,250.62 | $.00 |
| MUNICIPAL SECURITIES | $.00 | $.00 |
| U.S. TREASURIES | $13,279,344.11 | $.00 |
| OPTIONS | $.00 | $.00 |
| MUTUAL FUNDS | $.00 | $.00 |
| MUNICIPAL BONDS | $.00 | $.00 |
| MONEY MARKETS FUNDS | $.00 | $.00 |
| **TOTALS** | **$17,293,594.73** | **$.00** |

## ACCOUNT SUMMARY TOTALS IN USD

| | |
|---|---|
| TOTAL NET PORTFOLIO VALUE | 17,293,594.73 |
| TOTAL NET BALANCE | 186.41- |
| TOTAL VALUE OF YOUR ACCOUNT | 17,293,408.32 |

IDC FINANCIAL S.A.
13 CALLE 2-60, ZONA 10
OF. 1301
GUATEMALA 01010
GUATEMALA    GT



**Refco Capital Markets, LTD**

## ACCOUNT ACTIVITY

| DATE | REF NUM | TRN | QUANTITY | DESCRIPTION | PRICE OR EXCHANGE RATE | AMOUNT | CCY | TYPE |
|---|---|---|---|---|---|---|---|---|
| 03/02/05 | 032805 | INT | | 2.220% 2 DAYS, BAL= $1012624 | | 124.89- | USD | 2 |
| 03/03/05 | 032805 | INT | | 2.245% 1 DAYS, BAL= $1012624 | | 63.15- | USD | 2 |
| 03/06/05 | 032805 | INT | | 2.250% 3 DAYS, BAL= $1012624 | | 189.87- | USD | 2 |
| 03/07/05 | 030205 00178 | BOT | 500,000 | BRAZIL REP 7.875 03<br>7.875 03/07/15<br>CUSIP: 021435368<br>7.8750 MATURING 03/07/15 | 100.35 | 501,750.00 | USD | 4 |
| 03/07/05 | 022805 07028 | BOT | 1,000,000 | BRAZIL REP 7.875 03<br>7.875 03/07/15<br>CUSIP: 021435368<br>7.8750 MATURING 03/07/15 | 100.329 | 1,003,290.00 | USD | 4 |
| 03/07/05 | 030705 X0132 | DLV | 1,000,000- | VENEZUELA 8.50 10/14<br>CUSIP: 020241519<br>8.5000 MATURING 10/08/14 | | | USD | 6 |
| 03/07/05 | 030705 X0132 | SLD | 492,415.480- | REPO CORPORATE BOND FINANCING<br>CUSIP: RCBUSD009 | | 492,415.48- | USD | 6 |
| 03/14/05 | 030905 00090 | BOT | 1,000,000 | BRAZIL REP 7.875 03<br>7.875 03/07/15<br>CUSIP: 021435368<br>ACCRUED INTEREST 1,531.25 | 100 | 1,001,531.25 | USD | 4 |
| 03/14/05 | 031405 X0193 | DLV | 3,000,000- | BRAZIL REP 8 04/14 BEARER BNDS<br>CUSIP: 004999347<br>8.0000 MATURING 04/15/14 | | | USD | 6 |
| 03/14/05 | 031405 X0189 | RCV | 1,000,000 | VENEZUELA 8.50 10/14<br>CUSIP: 020241519<br>8.5000 MATURING 10/08/14 | | | USD | 6 |
| 03/14/05 | 031405 X0189 | BOT | 492,415.480 | REPO CORPORATE BOND FINANCING<br>CUSIP: RCBUSD009<br>ACCRUED INTEREST 366.73 | | 492,782.21 | USD | 6 |
| 03/14/05 | 031405 X0193 | SLD | 1,494,313.460- | REPO SOVEREIGN DEBT FINANCING<br>CUSIP: RGBUSD002 | | 1,494,313.46- | USD | 6 |
| 03/16/05 | 031105 00092 | SLD | 500,000- | GUATEMALA 8.125 10/6/2034<br>CUSIP: 020259950<br>8.1250 MATURING 10/06/34<br>ACCRUED INTEREST 18,055.56- | 105 1/2 | 545,555.56- | USD | 4 |
| 03/16/05 | 031605 X0185 | RCV | 3,000,000 | BRAZIL REP 8 04/14 BEARER BNDS<br>CUSIP: 004999347<br>8.0000 MATURING 04/15/14 | | | USD | 6 |
| 03/16/05 | 031605 X0186 | DLV | 2,200,000- | VENEZUELA 7 12/01/18<br>CUSIP: 018150883<br>7.0000 MATURING 12/01/18 | | | USD | 6 |
| 03/16/05 | 031605 X0185 | BOT | 1,494,313.460 | REPO SOVEREIGN DEBT FINANCING<br>CUSIP: RGBUSD002<br>ACCRUED INTEREST 317.96 | | 1,494,631.42 | USD | 6 |
| 03/16/05 | 031605 X0186 | SLD | 949,075.860- | REPO SOVEREIGN DEBT FINANCING<br>CUSIP: RGBUSD002 | | 949,075.86- | USD | 6 |
| 03/18/05 | 031505 00260 | BOT | 1,000,000 | BRAZIL REP 7.875 03<br>7.875 03/07/15<br>CUSIP: 021435368<br>7.8750 MATURING 03/07/15<br>ACCRUED INTEREST 2,406.25 | 96 1/2 | 967,406.25 | USD | 4 |

# ◯ REFCO

## Refco Capital Markets, LTD

**STATEMENT OF ACCOUNT**
ACCOUNT NO.        10010247
STATEMENT PERIOD   03/01/05 - 03/31/05
PAGE               3 of 4

### ACCOUNT ACTIVITY

| DATE | REF NUM | TRN | QUANTITY | DESCRIPTION | PRICE OR EXCHANGE RATE | AMOUNT | CCY | TYPE |
|------|---------|-----|----------|-------------|------------------------|--------|-----|------|
| 03/21/05 | 032105 X0173 | DLV | 1,000,000- | BRAZIL REP 8 04/14 BEARER BNDS CUSIP: 004999347 | | | USD | 6 |
| 03/21/05 | 032105 X0173 | SLD | 967,406.250- | 8.0000 MATURING 04/15/14 REPO SOVEREIGN DEBT FINANCING CUSIP: RGBUSD002 | | 967,406.25- | USD | 6 |
| 03/28/05 | 032805 | INT | | 7.000%  3 DAYS. BAL= $967406 | | 564.32 | USD | 2 |

### SECURITY POSITIONS IN YOUR ACCOUNT

| LONG/ SHORT | QUANTITY | DESCRIPTION | PRICE | VALUE | ACCRUED INTEREST | EXCHANGE RATE | CONVERTED VALUE (FOR INFORMATION ONLY) | CCY | TYPE |
|-------------|----------|-------------|-------|-------|------------------|---------------|----------------------------------------|-----|------|
| LONG | 3,500,000 | BRAZIL REP 8 04/14 BEARER BNDS CUSIP: 004999347 8.0000 MATURING 04/15/14 CURRENT FACTOR - 1.11413000 | 99.255 | 3,870,404.06 | 143,846.56 | | $4,014,250.62 | USD | 4 |
| LONG | 2,200,000 | VENEZUELA 7 12/01/18 CUSIP: 01815083 7.0000 MATURING 12/01/18 | 85.33125 | 1,877,287.50 | 51,333.33 | | $1,928,620.83 | USD | 4 |
| LONG | 2,000,000 | COLOM 8 1/4 12/22/14 CUSIP: 020148464 8.2500 MATURING 12/22/14 8.250 12/22/14 ISS 09/20/04 | 96.9 | 1,938,000.00 | 87,541.67 | | $2,025,541.67 | USD | 4 |
| LONG | 1,000,000 | VENEZUELA 8.50 10/14 CUSIP: 020241519 8.5000 MATURING 10/08/14 | 98.255 | 982,550.00 | 40,847.22 | | $1,023,397.22 | USD | 4 |
| LONG | 4,500,000 | GUATEMALA 8.125 10/6/2034 CUSIP: 020259507 8.1250 MATURING 10/06/34 | 105.031667 | 4,726,425.01 | 177,734.38 | | $4,904,159.39 | USD | 4 |
| LONG | 3,500,000 | BRAZIL REP 7.875 03 CUSIP: 021435368 7.8750 MATURING 03/07/15 7.875 03/07/15 | 96.55 | 3,379,250.00 | 18,375.00 | | $3,397,625.00 | USD | 4 |
| (FOR INFORMATION ONLY) - TOTAL MARKET VALUE UNITED STATES DOLLARS DENOMINATED SECURITIES | | | | 16,773,916.57 | 519,678.16 | | $17,293,594.73 | | |
| (FOR INFORMATION ONLY) - TOTAL MARKET VALUE CONVERTED TO U.S. DOLLARS | | | | | | | $17,293,594.73 | | |

REFCO

**Refco Capital Markets, LTD**

**STATEMENT OF ACCOUNT**
ACCOUNT NO.          1001247
STATEMENT PERIOD    03/01/05 - 03/31/05
PAGE                4 of 4

## OPEN FINANCING TRANSACTIONS

| TRN | OPEN DATE | CLOSE DATE | QUANTITY | DESCRIPTION | AMOUNT | CCY |
|-----|-----------|------------|----------|-------------|--------|-----|
| REP | | | 1,000,000- | BRAZIL REP 8 04/14 BEARER BNDS CURRENT FACTOR - 1.11413000 | | USD |
| REP | | | 2,200,000- | VENEZUELA 7 12/01/18 | | USD |
| REP | | | 1,916,482,110- | REPO SOVEREIGN DEBT FINANCING | | USD |

EXHIBIT 2



**Refco Capital Markets, LTD**
C/O REFCO SECURITIES, LLC
200 LIBERTY STREET
NY, NY 10281

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| ACCOUNT NO. | 10014082 |
| STATEMENT PERIOD | 07/01/05 - 07/29/05 |
| PAGE | 1 of 3 |
| ACCOUNT EXECUTIVE | 7036 - KRAKER,VERA |

## BALANCE SUMMARY

| CURRENCY & ACCOUNT TYPE | OPENING BALANCE INFORMATION | | | CLOSING BALANCE INFORMATION | | |
|---|---|---|---|---|---|---|
| | OPENING BALANCE | EXCHANGE RATE | USD EQUIVALENT | CLOSING BALANCE | EXCHANGE RATE | USD EQUIVALENT |
| USD MARGIN ACCOUNT | 24,998,219.89DR | | $24,998,219.89DR | 9,992,346.19DR | | $9,992,346.19DR |
| USD FINANCING ACCOUNT | 25,000,000.00CR | | $25,000,000.00CR | 9,998,219.89CR | | $9,998,219.89CR |

## INCOME AND EXPENSE SUMMARY

| INCOME SOURCE | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| EQUITY DIVIDENDS | $.00 | $.00 |
| INTEREST INCOME | $.00 | $.00 |
| TREASURY INTEREST | $.00 | $.00 |
| ACCR TREASURY INTEREST | $.00 | $.00 |
| ACCRUED INTEREST | $.00 | $.00 |
| DEBIT INTEREST | $.00 | $.00 |
| ACCR TREASURY INT EXPENSE | $.00 | $.00 |
| ACCR INTEREST EXPENSE | $.00 | $.00 |
| NRA WITHHOLDING | $2,517.29- | $2,518.00- |
| FINANCE INT EXPENSE | $73,486.17- | $73,486.17- |
| CREDIT INTEREST | $8,390.99 | $8,393.36 |

## PORTFOLIO SUMMARY IN U.S. DOLLARS

| SECURITY TYPE | LONG | SHORT |
|---|---|---|
| EQUITIES | $82,500,000.00 | $.00 |
| CORPORATE BONDS | $.00 | $.00 |
| MUNICIPAL SECURITIES | $.00 | $.00 |
| U.S. TREASURIES | $.00 | $.00 |
| OPTIONS | $.00 | $.00 |
| MUTUAL FUNDS | $.00 | $.00 |
| MUNICIPAL BONDS | $.00 | $.00 |
| MONEY MARKETS FUNDS | $.00 | $.00 |
| TOTALS | $82,500,000.00 | $.00 |

## ACCOUNT SUMMARY TOTALS IN USD

| | |
|---|---|
| TOTAL NET PORTFOLIO VALUE | 82,500,000.00 |
| TOTAL NET BALANCE | 5,873.70 |
| TOTAL VALUE OF YOUR ACCOUNT | 82,505,873.70 |

CAPITAL MANAGEMENT SELECT FUND LTD
LYNFORD MANOR
LYNFORD CAY
NASSAU    BF

# REFCO

**Refco Capital Markets, LTD**

**STATEMENT OF ACCOUNT**
ACCOUNT NO.        10014082
STATEMENT PERIOD   07/01/05 - 07/29/05
PAGE               2 of 3

## ACCOUNT ACTIVITY

| DATE | REF NUM | TRN | QUANTITY | DESCRIPTION | PRICE OR EXCHANGE RATE | ACCRUED INTEREST | EXCHANGE RATE | AMOUNT | CCY | TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/05 | | ADJ | | WIRE REC FR HARRIS TR | | | | 15,000,000.00- | USD | 2 |
| 07/10/05 | 072905 | INT | | 2.860% 3 DAYS, BAL=$15001780 | | | | 3,575.42- | USD | 2 |
| 07/11/05 | 071105 X7004 | BOT | 25,000,000 | REPO EQUITY FINANCING CUSIP: REQUSD009 | | | | 25,073,486.17 | USD | 6 |
| 07/11/05 | 071105 X7005 | SLD | 10,071,706.060 | -REPO EQUITY FINANCING ACCRUED INTEREST 73,486.17 CUSIP: REQUSD009 | | | | 10,071,706.06- | USD | 6 |
| 07/12/05 | 072905 | INT | | 2.880% 2 DAYS, BAL=$15001780 | | | | 2,400.28- | USD | 2 |
| 07/13/05 | 072905 | INT | | 2.888% 1 DAYS, BAL=$15001780 | | | | 1,203.48- | USD | 2 |
| 07/15/05 | 071105 X7004 | RCV | 2,000,000 | LUKOIL CO SPONSORED ADR CUSIP: 677862104 | | | | | USD | 6 |
| 07/15/05 | 071105 X7005 | DLV | 800,000- | LUKOIL CO SPONSORED ADR CUSIP: 677862104 | | .0 | | | USD | 6 |
| 07/17/05 | 072905 | INT | | 2.908% 1 DAYS, BAL=$15001780 | | | | 1,211.81- | USD | 2 |
| 07/29/05 | | NRA | | NRA WITH: CREDIT INTEREST | | | | 361.04 | USD | 2 |
| 07/29/05 | | NRA | | NRA WITH: CREDIT INTEREST | | | | 363.54 | USD | 2 |
| 07/29/05 | | NRA | | NRA WITH: CREDIT INTEREST | | | | 720.08 | USD | 2 |
| 07/29/05 | | NRA | | NRA WITH: CREDIT INTEREST | | | | 1,072.63 | USD | 2 |

## SECURITY POSITIONS IN YOUR ACCOUNT

| LONG/SHORT | QUANTITY | DESCRIPTION | PRICE | VALUE | ACCRUED INTEREST | EXCHANGE RATE | CONVERTED VALUE (FOR INFORMATION ONLY) | CCY | TYPE |
|---|---|---|---|---|---|---|---|---|---|
| LONG | 2,000,000 | LUKOIL CO CUSIP: 677862104 SPONSORED ADR | 41 1/4 | 82,500,000.00 | | | $82,500,000.00 | USD | 2 |

(FOR INFORMATION ONLY) - TOTAL MARKET VALUE UNITED STATES DOLLARS DENOMINATED SECURITIES    82,500,000.00    $82,500,000.00

(FOR INFORMATION ONLY) - TOTAL MARKET VALUE CONVERTED TO U.S. DOLLARS    $82,500,000.00

# REFCO

**Refco Capital Markets, LTD**

**STATEMENT OF ACCOUNT**
ACCOUNT NO. 1014082
STATEMENT PERIOD 07/01/05 - 07/29/05
PAGE 3 of 3

## OPEN FINANCING TRANSACTIONS

| TRN | OPEN DATE | CLOSE DATE | QUANTITY | DESCRIPTION | AMOUNT | CCY |
|-----|-----------|------------|----------|-------------|--------|-----|
| REP | | | 800,000- | LUKOIL CO SPONSORED ADR | | USD |
| REP | | | 10,071,706.060- | REPO EQUITY FINANCING | | USD |

EXHIBIT 3



# REFCO

**Refco Capital Markets, LTD**
C/O REFCO SECURITIES, LLC
200 LIBERTY STREET
NY, NY 10281

## STATEMENT OF ACCOUNT

| | |
|---|---|
| ACCOUNT NO. | 10014082 |
| STATEMENT PERIOD | 08/01/05 - 08/31/05 |
| PAGE | 1 of 2 |
| ACCOUNT EXECUTIVE | 7036 - KRAKER,VERA |

## BALANCE SUMMARY

| CURRENCY & ACCOUNT TYPE | OPENING BALANCE INFORMATION | | | CLOSING BALANCE INFORMATION | | |
|---|---|---|---|---|---|---|
| | OPENING BALANCE | EXCHANGE RATE | USD EQUIVALENT | CLOSING BALANCE | EXCHANGE RATE | USD EQUIVALENT |
| USD MARGIN ACCOUNT | 9,992,346.19DR | | $9,992,346.19DR | 189,240.32CR | | $189,240.32CR |
| USD FINANCING ACCOUNT | 9,998,219.89CR | | $9,998,219.89CR | 137,128.21DR | | $137,128.21DR |

## INCOME AND EXPENSE SUMMARY

| INCOME SOURCE | CURRENT MONTH | YEAR-TO-DATE |
|---|---|---|
| EQUITY DIVIDENDS | $.00 | $.00 |
| INTEREST INCOME | $.00 | $.00 |
| TREASURY INTEREST | $.00 | $.00 |
| ACCR TREASURY INTEREST | $.00 | $.00 |
| ACCRUED INTEREST | $.00 | $.00 |
| DEBIT INTEREST | $.00 | $.00 |
| ACCR TREASURY INT EXPENSE | $.00 | $.00 |
| ACCR INTEREST EXPENSE | $.00 | $2,529.67- |
| NRA WITHHOLDING | $11.67- | $137,128.21- |
| FINANCE INT EXPENSE | $63,642.04- | $8,432.24 |
| CREDIT INTEREST | $38.88 | |

## PORTFOLIO SUMMARY IN U.S. DOLLARS

| SECURITY TYPE | LONG | SHORT |
|---|---|---|
| EQUITIES | $97,200,000.00 | $.00 |
| CORPORATE BONDS | $.00 | $.00 |
| MUNICIPAL SECURITIES | $.00 | $.00 |
| U.S. TREASURIES | $.00 | $.00 |
| OPTIONS | $.00 | $.00 |
| MUTUAL FUNDS | $.00 | $.00 |
| MUNICIPAL BONDS | $.00 | $.00 |
| MONEY MARKETS FUNDS | $.00 | $.00 |
| TOTALS | $97,200,000.00 | $.00 |

## ACCOUNT SUMMARY TOTALS IN USD

| | |
|---|---|
| TOTAL NET PORTFOLIO VALUE | 97,200,000.00 |
| TOTAL NET BALANCE | 52,112.11 |
| **TOTAL VALUE OF YOUR ACCOUNT** | **97,252,112.11** |

CAPITAL MANAGEMENT SELECT FUND LTD
LYNFORD MANOR
LYNFORD CAY
NASSAU    BF

# REFCO

## Refco Capital Markets, LTD

STATEMENT OF ACCOUNT
ACCOUNT NO.  10014082
STATEMENT PERIOD  08/01/05 - 08/31/05
PAGE  2 of 2

## ACCOUNT ACTIVITY

| DATE | REF NUM | TRN | QUANTITY | DESCRIPTION | PRICE OR EXCHANGE RATE | AMOUNT | CCY | TYPE |
|---|---|---|---|---|---|---|---|---|
| 08/07/05 | 083105 | INT | | 2.560% 3 DAYS, BAL= $5873 | | 1.25- | USD | 2 |
| 08/10/05 | 083105 | INT | | 2.570% 3 DAYS, BAL= $5873 | | 1.26- | USD | 2 |
| 08/14/05 | 083105 | INT | | 2.572% 3 DAYS, BAL= $5873 | | 1.26- | USD | 2 |
| 08/21/05 | 083105 | INT | | 2.620% 3 DAYS, BAL= $5873 | | 1.28- | USD | 2 |
| 08/24/05 | | ADJ | | REV OF CREDIT INT | | 5,873.70 | USD | 2 |
| 08/24/05 | | ADJ | | WIRE REC: FR MELLON | | 10,187,433.00- | USD | 2 |
| 08/24/05 | 083105 | INT | | 2.890% 1 DAYS, BAL= $52084 | | 4.18- | USD | 6 |
| 08/24/05 | 082405 X0080 | RCV | 800.000 | LUKOIL CO SPONSORED ADR CUSIP: 677862104 | | | | |
| 08/24/05 | 082405 X0080 | BOT | 10,071,706.060 | REPO EQUITY FINANCING CUSIP: REQUSD009 ACCRUED INTEREST 63,642.04 | | 10,135,348.10 | USD | 6 |
| 08/25/05 | 083105 | INT | | 2.919% 1 DAYS, BAL= $52084 | | 4.22- | USD | 2 |
| 08/29/05 | 083105 | INT | | 2.920% 4 DAYS, BAL= $52084 | | 16.90- | USD | 2 |
| 08/30/05 | 083105 | INT | | 2.943% 1 DAYS, BAL= $52084 | | 4.26- | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | .38 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | .38 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | .38 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | .38 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | 1.25 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | 1.25 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | 1.27 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | 1.28 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | 1.28 | USD | 2 |
| 08/31/05 | | NRA | | NRA WITH: CREDIT INTEREST | | 5.07 | USD | 2 |
| 08/31/05 | 083105 | INT | | 2.950% 1 DAYS, BAL= $52084 | | 4.27- | USD | 2 |

## SECURITY POSITIONS IN YOUR ACCOUNT

| LONG/SHORT | QUANTITY | DESCRIPTION | PRICE | VALUE | ACCRUED INTEREST | EXCHANGE RATE | CONVERTED VALUE (FOR INFORMATION ONLY) | CCY | TYPE |
|---|---|---|---|---|---|---|---|---|---|
| LONG | 2,000.000 | LUKOIL CO CUSIP: 677862104 SPONSORED ADR | 48.6 | 97,200,000.00 | .0 | | $97,200,000.00 | USD | 2 |

(FOR INFORMATION ONLY) - TOTAL MARKET VALUE UNITED STATES DOLLARS DENOMINATED SECURITIES    97,200,000.00    $97,200,000.00

(FOR INFORMATION ONLY) - TOTAL MARKET VALUE CONVERTED TO U.S. DOLLARS    $97,200,000.00